UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use *only* in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | Sean Bennett , Mr.; | **Defendant**(s): | **City of Phoenix , ; American Airlines, Inc. , ; Joel Cottrell , Mr.; Jane Doe Cottrell , Ms.; Benjamin Denham , Mr.; Jane Doe Denham , Ms.; Todd Blanc , Mr.; Jane Doe Blanc , Ms.; Rudolfo Peru , Mr.; Jane Doe Peru , Ms.; Ryan Hogan , Mr.; Jane Doe Hogan , Ms.;** |

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Sean A. Woods , Mr.**
Mills & Woods Law, PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ  85014
480-999-4556

**Robert T. Mills , Mr.**
Mills & Woods Law, PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ  85014
480-999-4556

Defendant's Atty(s):

**Ryan J. McCarthy , Mr.**
Jones, Skelton & Hochuli PLC
40 N. Central Ave., Ste. 2700
Phoenix, AZ  85004
602-263-1783

**Brian J. Ripple , Mr.**
Jones, Skelton & Hochuli PLC
40 N. Central Ave., Ste. 2700
Phoenix, AZ  85004
602-263-1783

**Justin M. Ackerman , Mr.**
Jones, Skelton & Hochuli PLC
40 N. Central Ave., Ste. 2700
Phoenix, AZ  85004
602-263-1783

**Arcangelo S. Cella, , Mr.**
Jones, Skelton & Hochuli PLC
40 N. Central Ave., Ste. 2700
Phoenix, AZ  85004
602-263-1783

**Counsel for City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan**

**Patrick Kearns, Mr.**
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A St., Ste. 1900
San Diego, CA 92101
619-321-6200
**Counsel for American Airlines, Inc.**

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2023-012270**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| IV. Origin : | 2. Removed From State Court |
| V. Nature of Suit: | 440 Other Civil Rights |
| VI. Cause of Action: | Plaintiff asserts claims of false arrest and false imprisonment under 42 U.S.C. s. 1983, as well as various tort claims under state law. |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | Damages to be proven at trial |
| Jury Demand: | No |

VIII. This case **is not related** to another case.

Signature:   Ryan J. McCarthy

Date:   November 21, 2023

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014