Ryan J. McCarthy, Bar #020571
Brian J. Ripple, Bar #033997
Justin M. Ackerman, Bar #030726
Arcangelo S. Cella, Bar #037176
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1783
Fax: (602) 200-7878
rmccarthy@jshfirm.com
bripple@jshfirm.com

Attorneys for Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru and Ryan Hogan

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **Notice of Suggestion of Death** |
| v. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 25(a)(1), Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan by and through undersigned counsel, provide notice that, based upon information from local news sources, Defendant Benjamin Denham passed away on or about February 8, 2023. *See, e.g.,* David Caltabiano, *Phoenix officer dies from autoimmune diseases after 20 years of service*, Arizona's Family (Feb. 16, 2023), https://www.azfamily.com/2023/02/17/phoenix-police-officer-dies-autoimmune-diseases-after-20-years-service/.

DATED this 21st day of November, 2023.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ryan J. McCarthy
    Ryan J. McCarthy
    Brian J. Ripple
    Justin M. Ackerman
    Arcangelo S. Cella
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendants City of Phoenix,
    Joel Cottrell, Todd Blanc, Rudolfo Peru and
    Ryan Hogan

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Sean A. Woods
Robert T. Mills
Mills & Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiff

Patrick Kearns
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A St., Ste. 1900
San Diego, CA 92101
Attorney for Defendant American Airlines, Inc.


/s/ Mary Creed