Taylor Allin, Esq. (AZ Bar No. 031834)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
E-mail:  Taylor.Allin@wilsonelser.com

Attorneys for Defendant American Airlines Group, Inc. d/b/a American Airlines, erroneously Sued as American Airlines, Inc., a foreign corporation

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No.  2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DEFENDANT AMERICAN AIRLINES GROUP, INC., d/b/a AMERICAN AIRLINES' CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver  Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

This Corporate Disclosure Statement is filed on behalf of American Airlines Group, Inc. d/b/a American Airlines. Pursuant to Federal Rule of Civil Procedure 7.1, American Airlines makes the following disclosures:

1. American Airlines Group, Inc., is a publicly traded corporation and does business as American Airlines.

2. There is no publicly traded company that currently owns 10% or more of American Airlines Group, Inc. stock.

3. The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: American International Group (AIG) an insurer.

Respectfully submitted,

Dated: December 1st 2023

By: */s/Taylor Allin*
Taylor Allin, Esq.
Attorney for Defendant, American Airlines Group, Inc. d/b/a American Airlines

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 1st day of December 2023, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: December 1st 2023                                Respectfully submitted,

                                               By:   */s/ Taylor Allin*
                                                       Taylor Allin, Esq.
                                                       Attorney for Defendant,
                                                       American Airlines Group, Inc. d/b/a
                                                       American Airlines

3

DEFENDANT AMERICAN AIRLINES GROUP, INC., D/B/A AMERICAN AIRLINES' CORPORATE DISCLOSURE STATEMENT
Case No. 2:23-cv-02425-ROS--DMF

290336945v.1