Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**STIPULATION FOR EXTENSIONS OF TIME FOR RESPONSE AND REPLY RE CITY DEFENDANTS' MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and the Honorable Deborah M. Fine) |

Through counsel undersigned and pursuant to LRCiv 7.3, Plaintiff Sean Bennett ("Plaintiff") and Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan (collectively, the "City Defendants") hereby stipulate and agree to extend the times within which Plaintiff may file his Response to *Defendants' City of Phoenix and Officer Defendant's Motion to Dismiss*, ECF No. 8, until up to and including December 19, 2023, and within which the City Defendants may file their Reply in support of same until up to and including January 9, 2024, in accordance with the Proposed Order filed

concurrently herewith. This stipulation is agreed to in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 4th day of December 2023.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 N 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*

**JONES, SKELTON & HOCHULI P.L.C.**

By   */s/ Brian J. Ripple (w/ permission)*
  Ryan J. McCarthy
  Brian J. Ripple
  Justin M. Ackerman
  Arcangelo S. Cella
  40 N Central Ave., Ste. 2700
  Phoenix, Arizona 85004
  *Attorneys for Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru and Ryan Hogan*

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ryan J. McCarthy
rmccarthy@jshfirm.com
Brian J. Ripple
bripple@jshfirm.com
Justin M. Ackerman
Arcangelo S. Cella
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru and Ryan Hogan*

Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

　　　　/s/ Ben Dangerfield

3