1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR RESPONSE AND REPLY RE CITY DEFENDANTS' MOTION TO DISMISS**<br><br>(Assigned to the Honorable Roslyn O. Silver and the Honorable Deborah M. Fine) |

THE COURT, having reviewed the *Stipulation for Extensions of Time for Response and Reply Re City Defendants' Motion to Dismiss* (the "Stipulation for Extensions"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation for Extensions.

**IT IS FURTHER ORDERED** that Plaintiff shall have until up to and including December 19, 2023 to file his Response to *Defendants' City of Phoenix and Officer Defendant's Motion to Dismiss* (the "Motion to Dismiss"), ECF No. 8, and that Defendants

City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan shall have until

up to and including January 9, 2024 to file their Reply in support of the Motion to Dismiss.