Ryan J. McCarthy, Bar #020571
Brian J. Ripple, Bar #033997
Arcangelo S. Cella, Bar #037176
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1783
Fax: (602) 200-7878
rmccarthy@jshfirm.com
bripple@jshfirm.com

Attorneys for Defendants City of Phoenix,
Joel Cottrell, Todd Blanc, Rudolfo Peru and
Ryan Hogan

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>    Defendants. | No. CV-23-02425-ROS-DME<br><br>**OFFICER DEFENDANTS' ASSENTED-TO MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

Defendants Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan (the "Officer Defendants"), though undersigned counsel, move this Court to extend the deadline for the Officer Defendants to file a reply in support of their Motion to Dismiss, Doc. 8,[1] to January 16, 2024. The deadline for the Officer Defendants' reply is currently January 9, 2024. Attorney Cella will be travelling internationally through January 3, 2024. In addition,

---

[1] The Motion to Dismiss was also filed on behalf of Defendant City of Phoenix, which was a party at the time. Plaintiff voluntarily dismissed the City as a party on December 19, 2023. *See* Doc. 14.

116522948.1

Attorney Cella is required to appear at a hearing on a motion for summary judgment in an unrelated matter which was rescheduled for January 10, 2024. A one-week extension of the deadline to file a reply in support of the Officer Defendants' Motion to Dismiss is necessary to allow the Officer Defendants' counsel to fully address Plaintiff's Response to their Motion. Undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff assents to the relief herein requested.

WHEREFORE, the Officer Defendants respectfully request that the Court continue the deadline for them to file a reply in support of their Motion to Dismiss until January 16, 2024.

DATED this 28th day of December, 2023.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Arcangelo S. Cella
   Ryan J. McCarthy
   Brian J. Ripple
   Arcangelo S. Cella
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru and Ryan Hogan

2

116522948.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Sean A. Woods
Robert T. Mills
Mills & Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiff

Taylor Allin
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A St., Ste. 1900
San Diego, CA 92101A
Attorney for Defendant American Airlines, Inc.

/s/ Lisa Drapeau

116522948.1