1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>                                    Plaintiff,<br><br>           v.<br><br>City of Phoenix, a governmental entity;<br>American Airlines, Inc., a foreign<br>corporation; Officer Joel Cottrell and Jane<br>Doe Cottrell, a married couple; Officer<br>Benjamin Denham and Jane Doe Benham<br>a married couple; Officer Todd Blanc and<br>Jane Doe Blanc, a married couple; Officer<br>Peru and Jane Doe Peru, a married couple;<br>Sergeant Hogan and Jane Doe Hogan, a<br>married couple,<br><br>                                    Defendants. | No. CV-23-02425-ROS-DME<br><br>**[PROPOSED] ORDER GRANTING OFFICER DEFENDANTS' ASSENTED-TO MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Defendants Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan (the "Officer Defendants"), Assented-To Motion to Extend Deadline for Reply in Support of Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED granting Officer Defendants' Motion to Extend Deadline for Reply in Support of Motion to Dismiss and Officer Defendants may have through January 16, 2024, to file a Reply in Support of Motion to Dismiss.

116525096.1