IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-23-2425-PHX-ROS (DMF)<br><br><br>**ORDER** |

　　　　This matter is before the Court on Officer Defendants' Motion Assented-To Motion to Extend Deadline for Reply in Support of Motion to Dismiss (Doc. 15), and upon good cause shown,

　　　　**IT IS ORDERED** granting Officer Defendants' Motion Assented-To Motion to Extend Deadline for Reply in Support of Motion to Dismiss (Doc. 15).

　　　　**IT IS FURTHER ORDERED** that Officer Defendants may have through **January 16, 2024**, to file a Reply in Support of Motion to Dismiss.

　　　　Dated this 28th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge