Ryan J. McCarthy, Bar #020571
Brian J. Ripple, Bar #033997
Justin M. Ackerman, Bar #030726
Arcangelo S. Cella, Bar #037176
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1783
Fax: (602) 200-7878
rmccarthy@jshfirm.com
bripple@jshfirm.com
jackerman@jshfirm.com
acella@jshfirm.com

Attorneys for Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru and Ryan Hogan

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>    Defendants. | No. CV-23-02425-ROS-DME<br><br>**DEFENDANTS CITY OF PHOENIX AND OFFICER DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF DISMISSAL** |

Defendants City of Phoenix and Defendants Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan (the "Officer Defendants") submit this Response to Plaintiff's Notice of Voluntary Dismissal. The Officer Defendants do not oppose the dismissal of the City of Phoenix or Plaintiff's state law claims. However, the Officer Defendants file this response to clarify that the dismissal of these claims must be *with prejudice*.

116523468.1

Plaintiff's 42 U.S.C. § 1983 claims against the City are premised entirely on the doctrine of *respondeat superior*, which does not apply to create vicarious liability for a municipality. *See Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658 (1978). Thus, because the City can never have vicarious liability for the § 1983 claims at issue in this case, dismissal must be with prejudice. *See, e.g., Buelna v. Dannels*, No. CV-21-00216-TUC-SHR, 2021 WL 5013900, at *5 (D. Ariz. Oct. 27, 2021).

In addition, Plaintiff's state law tort claims against the City and the Officer Defendants are barred by the one-year statute of limitations for claims against public entities or employees, A.R.S. § 12-821, and fail to comply with Arizona's notice of claim statute, A.R.S. § 12-821.01. Because these defects cannot be remedied, dismissal on these grounds must also be with prejudice. *See Crick v. City of Globe*, 606 F. Supp. 3d 912, 918 (D. Ariz. 2022) ("[A] dismissal due to a failure to comply with the notice of claim statute is a dismissal 'with prejudice'"); *Copeland v. Ariz. Veterans Mem'l Coliseum & Exposition Ctr.*, 176 Ariz. 86, 88 (App. 1993) ("Because the statute of limitations had expired in [the month before the court's order dismissing the action without prejudice], however, the order effectively dismissed the action with prejudice); *Peters v. M & O Const., Inc.*, 119 Ariz. 34, 37 (App. 1978) ("[T]he statute of limitations had run and the trial court properly dismissed the action with prejudice").

DATED this 4th day of January, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Arcangelo S. Cella
　　Ryan J. McCarthy
　　Brian J. Ripple
　　Justin M. Ackerman
　　Arcangelo S. Cella
　　40 N. Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru and Ryan Hogan

116523468.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Sean A. Woods
Robert T. Mills
Mills & Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiff

Taylor Allin
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A St., Ste. 1900
San Diego, CA 92101A
Attorney for Defendant American Airlines, Inc.


/s/Karen Gawel

3

116523468.1