# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | No. CV-23-2425-PHX-ROS (DMF)<br><br>**ORDER TO SHOW CAUSE** |

　　　　This matter is before the Court on its own review.

　　　　On November 20, 2023, this matter was removed from the Maricopa County Superior Court (Doc. 1). On November 21, 2023, Defendants City of Phoenix, Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan filed Notice of Suggestion of Death, stating that "based upon information from local news sources, Defendant Benjamin Denham passed away on or about February 8, 2023" (Doc. 7).

　　　　Fed. R. Civ. P. 25(a)(1) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Ninety (90) days have passed since the filing of the notice of suggestion of death (Doc. 7), and no motion for substitution has been filed.[1]

---

[1] Plaintiff filed a notice of dismissal of Defendant Benjamin Denham as to several claims,

Accordingly,

**IT IS HEREBY ORDERED** that within fourteen (14) days of the date of this Order, Plaintiff shall show cause in writing filed with the Court why Defendant Benjamin Denham (and Unknown Denham, spouse of Defendant Benjamin Denham) should not be dismissed from this matter pursuant to Fed. R. Civ. P. 25(a)(1).

Dated this 28th day of February, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge

---

but not all claims in which Defendant Benjamin Denham is named in the Complaint (Doc. 14).

- 2 -