KAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, | No. CV-23-02425-PHX-ROS (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

Plaintiff Sean Bennett, who is represented by counsel, brought this civil rights action pursuant to 42 U.S.C. § 1983 and Arizona state law.  In an April 23, 2024 Order, the Court dismissed Plaintiff's federal claims, and noted that the remaining claims in this action are Plaintiff's state-law claims in Counts Three, Four, Five, Six, and Seven against American Airlines.  (Doc. 20.)

The Court expressed concern about maintaining supplemental jurisdiction over the state-law claims, but gave the Parties an opportunity to be heard on the issue of jurisdiction. (*Id.*)  Thereafter, Defendant American Airlines filed a Motion requesting the Court retain jurisdiction.  (Doc. 21.)  Defendant asserts that the Court maintains diversity jurisdiction over the state-law claims.  Plaintiff filed a notice indicating that he does not oppose the Court's continuing exercise of jurisdiction.  Accordingly, the Court maintains jurisdiction over the state-law claims in this action, and Defendant's Motion requesting that the Court retain jurisdiction will be granted.

. . . .

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is **withdrawn** as to Defendant American Airlines Group, Inc's Motion for Court to Retain Jurisdiction (Doc. 21).

(2) Defendant American Airlines Group, Inc's Motion for Court to Retain Jurisdiction (Doc. 21) is **granted**.

Dated this 15th day of July, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge