Patrick J. Kearns, Esq. (*Admitted Pro Hac Vice*)
Taylor Allin, Esq. (AZ Bar No. 031834)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Patrick.Kearns@wilsonelser.com
Taylor.Allin@wilsonelser.com

*Attorneys for Defendant American Airlines
Group, Inc. d/b/a American Airlines, erroneously
Sued as American Airlines, Inc., a foreign corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DEFENDANT AMERICAN AIRLINES GROUP, INC., d/b/a AMERICAN AIRLINES' NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

Defendant American Airlines Group, Inc. ("American Airlines") by and through undersigned counsel, hereby respectfully gives notice that Chandler M. Teraoka, Esq., is no longer associated with the firm Wilson Elser Moskowitz Edelman & Dicker LLP, and is no longer appearing as counsel for Defendant, American Airlines. Therefore, American

1  Airlines respectfully request that the Clerk of Court remove Ms. Teraoka as an attorney of
2  record for Defendant, American Airlines and from the distribution list of this case.  Lead
3  counsel for Defendant, American Airlines will remain as Patrick J. Kearns, Esq., who is
4  admitted Pro Hac Vice and Taylor Allin, Esq., of Wilson Elser Moskowitz Edelman &
5  Dicker LLP.

                                               Respectfully submitted,

Dated: August 6, 2024

                              By:    */s/Taylor Allin*
                                     Patrick J. Kearns, Esq.
                                     Taylor Allin, Esq.
                                     Attorney for Defendant, American Airlines
                                     Group, Inc. d/b/a American Airlines

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 6th day of August, 2024, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

By:  */s/ Taylor Allin*