Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
       Taylor.Allin@wilsonelser.com
       Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES STATEMENT** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver
Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

1
2
3
4

Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant") through its counsel of record herein, hereby notifies the Court that Defendant served its Initial Disclosures Statement on Plaintiff Sean Bennett via email on August 20, 2024.

5

Respectfully submitted,

6
7
8
9
10

Dated: August 30, 2024

                                    By:   */s/ Sarena L. Kustic*
                                              Patrick J. Kearns, Esq.
                                              Taylor Allin, Esq.
                                              Sarena L. Kustic, Esq.
                                              *Attorneys for Defendant, American Airlines, Inc.*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 30th day of August 2024, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: August 30, 2024

By:    */s/ Sarena Kustic*
        Sarena L. Kustic, Esq.
        Attorneys for Defendant, *American Airlines, Inc.*