Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
　　　　Taylor.Allin@wilsonelser.com
　　　　Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DEFENDANT AMERICAN AIRLINES, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver<br>Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

///

///

This Corporate Disclosure Statement is filed on behalf of Defendant American Airlines, Inc. Pursuant to Federal Rule of Civil Procedure 7.1, American Airlines makes the following disclosures:

1. American Airlines is a subsidiary of American Airlines Group, Inc., a publicly owned corporation.

2. There is no publicly traded company that currently owns 10% or more of American Airlines Group, Inc. stock.

3. The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Starr Indemnity & Liability Company (SILC) an insurer.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

Dated: August 30, 2024

By: */s/ Sarena Kustic*
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 30th day of August 2024, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: August 30, 2024

By:  /s/ Sarena Kustic
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*