1  Patrick J. Kearns, Esq. (*Admitted Pro Hac Vice*)
2  Taylor Allin, Esq. (AZ Bar No. 031834)
   **WILSON, ELSER, MOSKOWITZ,**
3     **EDELMAN & DICKER LLP**
   2231 East Camelback Road, Suite 200
4  Phoenix, Arizona 85016
5  Telephone: (480) 562-3660
   Facsimile: (480) 562-3659
6  Patrick.Kearns@wilsonelser.com
7  Taylor.Allin@wilsonelser.com

8  *Attorneys for Defendant American Airlines*
   *Group, Inc. d/b/a American Airlines, erroneously*
9  *Sued as American Airlines, Inc., a foreign corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver<br>Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

Defendant American Airlines Group, Inc. d/b/a American Airlines gives notice that they served their Civil Subpoena to Phoenix Police Department via email on all parties in the above-captioned matter on September 17, 2024.

/ / /

1    Respectfully submitted,

Dated: September 17, 2024

                        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                        By:   */s/Taylor Allin*
                                Patrick J. Kearns, Esq.
                                Taylor Allin, Esq.
                                *Attorney for Defendant, American Airlines Group, Inc. d/b/a American Airlines*

**CERTIFICATE OF SERVICE**

I hereby certify that this **NOTICE OF SUBPOENA** was served this 17th day of September, 2024, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

By:   */s/ Meagan Tharp*