**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>                        Defendants. | No. CV-23-02425-ROS-DME<br><br>**FINAL RULE 54(b) JUDGMENT** |

The Court's April 23, 2024 Order (Doc. 20) granted the Motion to Dismiss (Doc. 8) filed by Defendants the City of Phoenix (the "City"), Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED**

(1) dismissing the City from this action with prejudice;

(2) dismissing with prejudice Plaintiff's state-law claims in Counts Three, Four, Five, Six, and Seven as asserted against Officers Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan based on Plaintiff's failure to comply with Arizona's Notice of Claim Statute, A.R.S. § 12-821.01(A); and

(3) dismissing with prejudice Plaintiff's claims under 42 U.S.C. § 1983 in Counts One and Two as against Officers Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan

Hogan because these Defendants are entitled to qualified immunity as to those claims.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there is no just reason for delay, and that final judgment is entered under Fed. R. Civ. P. 54(b) in favor of the City and Officers Joel Cottrell, Todd Blanc, Rudolfo Peru, and Ryan Hogan on Plaintiff's claims against them.

DATED this _____ day of September, 2024.

2