Patrick J. Kearns, Esq. (*Admitted Pro Hac Vice*)
Taylor Allin, Esq. (AZ Bar No. 031834)
Sarena L. Kustic, Esq. (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
       Taylor.Allin@wilsonelser.com
       Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant American Airlines Group, Inc. d/b/a American Airlines, erroneously Sued as American Airlines, Inc., a foreign corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |
| vs. | |
| | Honorable Judge: Roslyn O. Silver |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

Plaintiff Sean Bennett ("Plaintiff") and Defendant American Airlines Group, Inc., d/b/a American Airlines, erroneously sued herein as "American Airlines, Inc.",

("Defendant"), collectively the "Parties", by and through their respective counsel of record, hereby stipulate and jointly move for entry of a Protective Order, filed concurrently herewith. Good cause exists for the proposed Protective Order as, based on the nature of Plaintiff's claims and Defendant's defenses asserted in this case, the Partis anticipate the discovery sought will include requests for information of a highly sensitive and confidential nature, including Defendant's confidential and/or proprietary business information as well as non-parties' confidential information. The proposed Protective Order is necessary to prevent the unauthorized use or dissemination of such confidential information. For these reasons, the Parties respectfully request this Court enter the proposed Protective Order.

RESPECTFULLY SUBMITTED this 26th day of September 2024.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sarena Kustic
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Attorney for Defendant, American Airlines Group, Inc. d/b/a American Airlines

MILLS + WOODS LAW, PLLC

By: /s/ Sean Woods
Robert T. Mills
Sean A. Woods
Attorneys for Plaintiff, Sean Bennett

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 26th day of September, 2024, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

By: /s/ Sarena Kustic