1  Patrick J. Kearns (*Admitted Pro Hac Vice*)
2  Taylor Allin (AZ Bar No. 031834)
   Sarena L. Kustic (*Admitted Pro Hac Vice*)
3  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
4  2231 East Camelback Road, Suite 200
5  Phoenix, Arizona 85016
   Telephone: (480) 562-3660
6  Facsimile: (480) 562-3659
   Email: Patrick.Kearns@wilsonelser.com
7          Taylor.Allin@wilsonelser.com
8          Sarena.Kustic@wilsonelser.com

9  *Attorneys for Defendant, American Airlines, Inc.*

10              **UNITED STATES DISTRICT COURT**

11              **FOR THE DISTRICT OF ARIZONA**

12

13  Sean Bennett, an individual,                    )   Case No.  2:23-cv-02425-ROS--DMF
                                                     )
14                            Plaintiff,             )   **NOTICE OF SERVICE OF**
                                                     )   **DEFENDANT'S WRITTEN**
15                                                   )   **DISCOVERY TO PLAINTIFF**
16         vs.                                       )
                                                     )
17  City of Phoenix, a governmental entity;          )   Honorable Judge: Roslyn O. Silver
    American Airlines, Inc., a foreign               )   Magistrate Judge: Deborah M. Fine
18  corporation; Officer Joel Cottrell and Jane )
19  Doe Cottrell, a married couple; Officer          )
    Benjamin Denham and Jane Doe                     )
20  Denham, a married couple; Officer Todd           )
21  Blanc and Jane Doe Blanc, a married              )
    couple; Officer Peru and Jane Doe Peru, a )
22  married couple; Sergeant Hogan and Jane )
23  Doe Hogan, a married couple;                     )
                                                     )
24                            Defendant(s).          )
25                                                   )

26  / / /

27  / / /

28  / / /

1

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES STATEMENT**
Case No.  2:23-cv-02425-ROS--DMF

1    Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")

2   through its counsel of record herein, hereby notifies the Court that Defendant served

3   American Airlines, Inc.'s Request for Production of Documents to Plaintiff, Sean

4   Bennett (Set One) and American Airlines, Inc.'s Interrogatories to Plaintiff, Sean

5   Bennett (Set One) on counsel of record for Plaintiff Sean Bennett via email on

6   October 11, 2024.

7                                   Respectfully submitted,

8
    Dated: October 11, 2024
9                                          By:      */s/ Taylor Allin*
                                                    Patrick J. Kearns, Esq.
10                                                   Taylor Allin, Esq.
                                                    Sarena L. Kustic, Esq.
11                                                   *Attorneys for Defendant, American*
                                                    *Airlines, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES STATEMENT**
Case No.  2:23-cv-02425-ROS--DMF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 11th day of October 2024, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: October 11, 2024

By:     */s/ Taylor Allin*
Taylor Allin, Esq.
Attorneys for Defendant, *American Airlines, Inc.*

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES STATEMENT**
Case No.  2:23-cv-02425-ROS--DMF