Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
       Taylor.Allin@wilsonelser.com
       Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **STIPULATED MOTION TO PARTIALLY AMEND THE CASE MANAGEMENT SCHEDULING ORDER** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver<br>Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

Plaintiff Sean Bennett and Defendant American Airlines, collectively "the Parties", by and through their counsel of record, hereby stipulate and jointly move for an order partially amending the case management scheduling order in this action

1
STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No. 2:23-cv-02425-ROS--DMF

on the grounds the Parties have experienced unavoidable delays in obtaining essential fact discovery and require additional time for these purposes.

On August 12, 2024, the Court entered the scheduling order setting: February 28, 2025, as the deadline to complete fact discovery; March 28, 2025, as the date for Plaintiff's expert disclosures; April 18, 2025, as the date for Defendant's expert disclosures; and June 6, 2025, as the deadline to complete expert discovery. (Dkt. No. 28.)

Defendant served discovery requests on October 11, 2024, and Plaintiff's responses were due November 12, 2024. Due to Plaintiff's counsel's trial and motion calendar, Defendant granted Plaintiff's requests for extensions to respond to Defendant's discovery. Plaintiff served his responses on December 24, 2024, but the Parties have encountered a dispute over the sufficiency of Plaintiff's responses. Defense counsel is currently meeting and conferring with Plaintiff's counsel in an effort to resolve the discovery issue without the need for this Court's intervention.

The fact discovery cutoff is only 62 days away. Additional time is needed for the Parties to be able to resolve their discovery dispute regarding Plaintiff's responses to interrogatories and, if necessary, seek this Court's assistance in this regard. Additional time is also needed for Defendant to propound any additional requests once the discovery issue is resolved, as well as subpoena third-party records including from out-of-state custodians, depose Plaintiff, subpoena and depose third-party percipient witnesses, and propound any supplemental requests warranted before the fact discovery cutoff.

This is the Parties' first request for an extension. This request is not made for the purpose of delaying the case, and neither party will be prejudiced by modifying the scheduling order. The requested extension relates only to the fact and expert discovery deadlines, and all other dates in the scheduling order shall remain unchanged.

1  The Parties agree that good cause exists to amend the current scheduling order
2  and respectfully propose the following modifications:

|  | **CURRENT DATE** | **PROPOSED NEW DATE** |
|---|---|---|
| **Fact Discovery Cutoff** | February 28, 2025 | April 28, 2025 |
| **Plaintiff's Expert Disclosures** | March 28, 2025 | May 19, 2025 |
| **Defendant's Expert Disclosures** | April 18, 2025 | June 9, 2025 |
| **Rebuttal Expert Disclosures** | May 9, 2025 | June 30, 2025 |
| **Expert Discovery Cutoff** | June 6, 2025 | July 27, 2025 |

Respectfully submitted,

Dated: January 8, 2025            **MILLS + WOODS LAW, PLLC**

By:   */s/ Sean A. Woods (with permission)*
      Robert T. Mills, Esq.
      Sean A. Woods, Esq.
      *Attorneys for Plaintiff, Sean Bennett*

Dated: January 8, 2025            **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:   */s/ Taylor Allin*
      Patrick J. Kearns, Esq.
      Taylor Allin, Esq.
      Sarena L. Kustic, Esq.
      *Attorneys for Defendant, American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 8th day of January 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: January 8, 2025

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:   */s/ Taylor Allin*
       Patrick J. Kearns, Esq.
       Taylor Allin, Esq.
       Sarena L. Kustic, Esq.
       *Attorneys for Defendant, American Airlines, Inc.*