# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **[PROPOSED] ORDER PARTIALLY AMENDING THE CASE MANAGEMENT SCHEDULING ORDER** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver  Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

The Court, having reviewed the Joint Motion, by Plaintiff Sean Bennett and Defendant American Airlines, to partially amend the Case Management Scheduling Order, and for good cause appearing, hereby GRANTS the motion and ORDERS:

(1) The Fact Discovery Deadline of February 28, 2025, is continued to April 28, 2025.

(2) Plaintiff's Expert Disclosure Deadline of March 28, 2025, is continued to May 19, 2025.

(3) Defendant's Expert Disclosure Deadline of April 18, 2025, is continued to June 9, 2025.

(4) The Rebuttal Expert Disclosures Deadline of May 9, 2025, is continued to June 30, 2025.

(5) The Expert Discovery Deadline of June 6, 2025, is continued to July 27, 2025.

IT IS SO ORDERED.

Date: _____    _____
HONORABLE DEBORAH M. FINE
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF ARIZONA