# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-23-2425-PHX-ROS (DMF)<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Partially Amend the Case Management Order (Doc. 41), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Partially Amend the Case Management Order (Doc. 41).

**IT IS FURTHER ORDERED** extending the following deadlines:

1. Fact Discovery Deadline of February 28, 2025, is continued to **April 28, 2025**.

2. Plaintiff's Expert Disclosure Deadline of March 28, 2025, is continued to **May 19, 2025**.

3. Defendant's Expert Disclosure Deadline of April 18, 2025, is continued to **June 9, 2025**.

4. Rebuttal Expert Disclosures Deadline of May 9, 2025, is continued to **June 30, 2025**.

5. Expert Discovery Deadline of June 6, 2025, is continued to **July 28, 2025**.

**IT IS FURTHER ORDERED** that all other deadlines in the Court's August 12, 2024, Case Management Order shall remain in effect (Doc. 28).

Dated this 8th day of January, 2025.

_Deborah M. Fine_
Honorable Deborah M. Fine
United States Magistrate Judge