1  Patrick J. Kearns (*Admitted Pro Hac Vice*)
   Taylor Allin (AZ Bar No. 031834)
2  Sarena L. Kustic (*Admitted Pro Hac Vice*)
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  2231 East Camelback Road, Suite 200
5  Phoenix, Arizona 85016
   Telephone: (480) 562-3660
6  Facsimile: (480) 562-3659
   Email: Patrick.Kearns@wilsonelser.com
7         Taylor.Allin@wilsonelser.com
8         Sarena.Kustic@wilsonelser.com

9  *Attorneys for Defendant, American Airlines, Inc.*

10                **UNITED STATES DISTRICT COURT**

11                  **FOR THE DISTRICT OF ARIZONA**

12

13 | Sean Bennett, an individual, | ) Case No. 2:23-cv-02425-ROS--DMF
14 | | )
   | Plaintiff, | ) **NOTICE OF SERVICE OF**
15 | | ) **DEFENDANT'S NOTICE OF**
   | vs. | ) **DEPOSITION**
16 | | )
17 | City of Phoenix, a governmental entity; | ) Honorable Judge: Roslyn O. Silver
   | American Airlines, Inc., a foreign | ) Magistrate Judge: Deborah M. Fine
18 | corporation; Officer Joel Cottrell and Jane | )
19 | Doe Cottrell, a married couple; Officer | )
   | Benjamin Denham and Jane Doe | )
20 | Denham, a married couple; Officer Todd | )
21 | Blanc and Jane Doe Blanc, a married | )
   | couple; Officer Peru and Jane Doe Peru, a | )
22 | married couple; Sergeant Hogan and Jane | )
23 | Doe Hogan, a married couple; | )
   | | )
24 | Defendant(s). | )
25 | | )

26 ///
27 ///
28 ///

1
**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL DISCLOSURES STATEMENT**
Case No. 2:23-cv-02425-ROS--DMF

309982385v.1

1  Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")
2  through its counsel of record herein, hereby notifies the Court that Defendant served
3  Notice of Deposition Plaintiff Sean Bennett via email on March 18, 2025.

Respectfully submitted,

Dated: March 18, 2025

By: */s/ Sarena L. Kustic*
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

2
**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL DISCLOSURES STATEMENT**
Case No.  2:23-cv-02425-ROS--DMF

309982385v.1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 18th day of March 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: March 18, 2025

By: /s/ Sarena Kustic
Sarena L. Kustic, Esq.
Attorneys for Defendant, *American Airlines, Inc.*