1  Patrick J. Kearns (*Admitted Pro Hac Vice*)
2  Taylor Allin (AZ Bar No. 031834)
   Sarena L. Kustic (*Admitted Pro Hac Vice*)
3  **WILSON, ELSER, MOSKOWITZ,**
       **EDELMAN & DICKER LLP**
4  2231 East Camelback Road, Suite 200
5  Phoenix, Arizona 85016
   Telephone: (480) 562-3660
6  Facsimile: (480) 562-3659
   Email: Patrick.Kearns@wilsonelser.com
7          Taylor.Allin@wilsonelser.com
8          Sarena.Kustic@wilsonelser.com

9  *Attorneys for Defendant, American Airlines, Inc.*

10                **UNITED STATES DISTRICT COURT**

11                   **FOR THE DISTRICT OF ARIZONA**

12

13 | Sean Bennett, an individual,                          ) Case No. 2:23-cv-02425-ROS--DMF
                                                          )
14 |                          Plaintiff,                  ) **NOTICE OF SERVICE OF**
                                                          ) **DEFENDANT'S SUPPLEMENTAL**
15 |                                                      ) **DISCLOSURES STATEMENT**
16 |        vs.                                           )
                                                          )
17 | City of Phoenix, a governmental entity;              ) Honorable Judge: Roslyn O. Silver
     American Airlines, Inc., a foreign                   ) Magistrate Judge: Deborah M. Fine
18 | corporation; Officer Joel Cottrell and Jane          )
19 | Doe Cottrell, a married couple; Officer              )
     Benjamin Denham and Jane Doe                         )
20 | Denham, a married couple; Officer Todd               )
21 | Blanc and Jane Doe Blanc, a married                  )
     couple; Officer Peru and Jane Doe Peru, a            )
22 | married couple; Sergeant Hogan and Jane              )
23 | Doe Hogan, a married couple;                         )
                                                          )
24 |                          Defendant(s).               )
25                                                        )

26  / / /
27  / / /
28  / / /

                                    1
**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL DISCLOSURES STATEMENT**
                                              Case No. 2:23-cv-02425-ROS--DMF
309981735v.1

1  Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")
2  through its counsel of record herein, hereby notifies the Court that Defendant served
3  its Supplemental Disclosures Statement on Plaintiff Sean Bennett via email on
4  March 18, 2025.

Respectfully submitted,

Dated: March 18, 2025

By:  */s/ Sarena L. Kustic*
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 18th day of March 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: March 18, 2025

By: /s/ Sarena Kustic
Sarena L. Kustic, Esq.
Attorneys for Defendant, *American Airlines, Inc.*