Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
       Taylor.Allin@wilsonelser.com
       Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DEFENDANT'S NOTICE OF SERVICE OF NOTICE OF DISCOVERY RESPONSES** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

1

DEFENDANT'S NOTICE OF SERVICE OF NOTICE OF DISCOVERY RESPONSES
Case No. 2:23-cv-02425-ROS--DMF

309982385v.1

1 | Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant") through its counsel of record herein, hereby notifies the Court that Defendant served American Airlines, Inc.'s Responses to Plaintiff's Sean Bennett's Interrogatories (Set One); American Airlines, Inc.'s Responses to Plaintiff's Sean Bennett's Request for Production of Documents (Set One); and American Airlines, Inc.'s Responses to Plaintiff's Sean Bennett's Request for Admissions (Set One) via email on March 31, 2025.

Respectfully submitted,

Dated: March 31, 2025

By: */s/ Sarena L. Kustic*
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 31st day of March 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: March 31, 2025

By:  /s/ Sarena Kustic
Sarena L. Kustic, Esq.
Attorneys for Defendant, *American Airlines, Inc.*