Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
 **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
         Taylor.Allin@wilsonelser.com
         Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No.  2:23-cv-02425-ROS--DMF |
| Plaintiff, | **STIPULATED MOTION TO PARTIALLY AMEND THE CASE MANAGEMENT SCHEDULING ORDER** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

Plaintiff Sean Bennett and Defendant American Airlines, collectively "the Parties", by and through their counsel of record, hereby stipulate and jointly move for an order partially amending the case management scheduling order in this action

on the grounds the Parties have experienced unavoidable delays in obtaining essential fact discovery and require additional time for these purposes.

On January 8, 2025, the Court entered the granted the parties Stipulated Motion to Amend the scheduling order setting: April 28, 2025, as the deadline to complete fact discovery; May 19, 2025, as the date for Plaintiff's expert disclosures; June 30, 2025, as the date for Defendant's expert disclosures; and July 28, 2025, as the deadline to complete expert discovery. (Dkt. No. 28.)

Defendant served their Notice of Deposition of Plaintiff Sean Bennett for April 3, 2025.  Due to all counsels' schedules the deposition did not go forward as planned and the Parties are coordinating on a new date. However, Plaintiff has recently suffered a stroke and his current availability is limited as a result. Further, counsel for defendant is working on obtaining dates for employees of American Airlines. The parties have been meeting and conferring and should have dates certain shortly so the depositions will go forward.

The fact discovery cutoff is one day away. Additional time is needed for the Parties to wrap up essential fact discovery including the foregoing depositions and any follow up discovery warranted by the testimony of said witnesses and, if necessary, seek this Court's assistance in this regard.

This is the Parties' second request for an extension. This request is not made for the purpose of delaying the case, and neither party will be prejudiced by modifying the scheduling order. The requested extension relates to the fact and expert discovery deadlines, and the deadline for dispositive motions.

The Parties agree that good cause exists, and respectfully request, to amend the current scheduling order and respectfully propose the following modifications:

/ / /

/ / /

/ / /

STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No.  2:23-cv-02425-ROS--DMF

312015888v.1

|  | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| **Fact Discovery Cutoff** | April 28, 2025 | June 9, 2025 |
| **Plaintiff's Expert Disclosures** | May 19, 2025 | June 30, 2025 |
| **Defendant's Expert Disclosures** | June 9, 2025 | July 21, 2025 |
| **Rebuttal Expert Disclosures** | June 30, 2025 | August 11, 2025 |
| **Expert Discovery Cutoff** | July 27, 2025 | September 1, 2025 |
| **Deadline to File Dispositive Motions** | August 1, 2025 | September 8, 2025 |

Respectfully submitted,

Dated: April 25, 2025          **MILLS + WOODS LAW, PLLC**

By:     */s/ Sean A. Woods (with permission)*
        Robert T. Mills, Esq.
        Sean A. Woods, Esq.
        *Attorneys for Plaintiff, Sean Bennett*

Dated: April 25, 2025          **WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER, LLP**

By:     */s/ Sarena Kustic*
        Patrick J. Kearns, Esq.
        Taylor Allin, Esq.
        Sarena L. Kustic, Esq.
        *Attorneys for Defendant, American
        Airlines, Inc.*

3

STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No.  2:23-cv-02425-ROS--DMF

312015888v.1

1

## CERTIFICATE OF SERVICE

2       I hereby certify that this document was filed and served this 25th day of April

3 2025, using this Court's CM/ECF filing system which will electronically transmit a

4 copy to all counsel of record.

5

6 Dated: April 25, 2025            **WILSON, ELSER, MOSKOWITZ,**
                                    **EDELMAN & DICKER, LLP**

7

8                              By:    */s/ Sarena Kustic*
                                        Patrick J. Kearns, Esq.

9                                         Taylor Allin, Esq.
                                        Sarena L. Kustic, Esq.

10                                         *Attorneys for Defendant, American*

11                                         *Airlines, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28