1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **FOR THE DISTRICT OF ARIZONA**

10

11   Sean Bennett, an individual,              )    Case No.  2:23-cv-02425-ROS--DMF
                                               )
12                          Plaintiff,         )    **[PROPOSED] ORDER AMENDING**
                                               )    **THE CASE MANAGEMENT**
13                                             )    **SCHEDULING ORDER**
        vs.                                    )
14                                             )
15   City of Phoenix, a governmental entity;   )    Honorable Judge: Roslyn O. Silver
     American Airlines, Inc., a foreign        )    Magistrate Judge: Deborah M. Fine
16   corporation; Officer Joel Cottrell and Jane )
17   Doe Cottrell, a married couple; Officer   )
     Benjamin Denham and Jane Doe              )
18   Denham, a married couple; Officer Todd    )
19   Blanc and Jane Doe Blanc, a married       )
     couple; Officer Peru and Jane Doe Peru, a )
20   married couple; Sergeant Hogan and Jane   )
21   Doe Hogan, a married couple;              )
                                               )
22                          Defendant(s).      )
23   _____ )

24        The Court, having reviewed the Joint Motion, by Plaintiff Sean Bennett and

25   Defendant American Airlines, to partially amend the Case Management Scheduling

26   Order, and for good cause appearing, hereby GRANTS the motion and ORDERS:

27        (1)   The Fact Discovery Deadline of April 28, 2025, is continued to June 9,

28              2025.

                                              1

304574597v.1

(2)    Plaintiff's Expert Disclosure Deadline of May 19, 2025, is continued to June 30, 2025.

(3)    Defendant's Expert Disclosure Deadline of June 9, 2025, is continued to July 21, 2025.

(4)    The Rebuttal Expert Disclosures Deadline of June 30, 2025, is continued to August 11, 2025.

(5)    The Expert Discovery Deadline of July 27, 2025, is continued to September 1, 2025.

(6)    The Deadline to File Dispositive Motions from August 1, 2025 to September 8, 20255

IT IS SO ORDERED.


Date: _____    _____
                               HONORABLE DEBORAH M. FINE
                               UNITED STATES DISTRICT COURT JUDGE
                               DISTRICT OF ARIZONA

2

[PROPOSED] ORDER
Case No.  2:23-cv-02425-ROS--DMF

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 25th day of April 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: April 25, 2025
                                    **WILSON, ELSER, MOSKOWITZ,**
                                    **EDELMAN & DICKER, LLP**

                                    By:    */s/ Sarena Kustic*
                                           Patrick J. Kearns, Esq.
                                           Taylor Allin, Esq.
                                           Sarena L. Kustic, Esq.
                                           *Attorneys for Defendant, American*
                                           *Airlines, Inc.*