# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-23-02425-PHX-ROS (DMF)<br><br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Partially Amend the Case Management Order (Doc. 48). This is the parties' second request to amend the deadlines (Docs. 41, 42). Upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Partially Amend the Case Management Order (Second Request) (Doc. 48).

**IT IS FURTHER ORDERED** extending the following deadlines:

1. Fact Discovery Deadline is continued to **June 9, 2025**.
2. Plaintiff's Expert Disclosure Deadline is continued to **June 30, 2025**.
3. Defendant's Expert Disclosure Deadline is continued to **July 21, 2025**.
4. Rebuttal Expert Disclosures Deadline is continued to **August 11, 20 25**.
5. Expert Discovery Deadline is continued to **September 2, 2025**.
6. Dispositive Motions Deadline is continued to **September 8, 2025**.

Dated this 28th day of April, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge