Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**STIPULATED MOTION TO EXTEND DEADLINES**<br><br>(Third Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

Through counsel undersigned, the parties hereby stipulate and agree to extend all existing deadlines in this action by approximately sixty days each, in accordance with the [Proposed] Order attached hereto.

Good cause exists for such extension. Plaintiff and his counsel have been working to collect records of Plaintiff's medical treatment. However, as they are spread around multiple facilities - including Federal facilities – delays have arisen. Counsel for the parties have been in regular communication regarding discovery and have worked together to

accommodate schedules for deposition purposes. Both sides agree that having as full of a medical treatment picture as possible is necessary prior to conducting any depositions.

Additionally, Plaintiff's counsel has had some unforeseen family issues that required his attention, necessitating re-scheduling of depositions and meetings. Moreover, his duties in other matters have recently required multiple Ninth Circuit briefings, extensive motion practice, and trial preparation for a trial that was ultimately canceled a week before it was scheduled.

For all the foregoing reasons, the parties submit that good cause exists for existing deadlines in this matter to be extended as follows:

1. The last day to commence lay depositions, from June 2, 2025 to **August 1, 2025**;

2. The last day to complete fact discovery, from June 9, 2025 to **August 8, 2025**;

3. The last day for Plaintiff to serve full and complete expert disclosures, from June 30, 2025 to **August 29, 2025**;

4. The last day to engage in good faith settlement talks, from July 11, 2025 to **September 11, 2025**;

5. The last day to file Joint Report on settlement talks, from July 18, 2025 to **September 18, 2025**;

6. The last day for Defendant to serve full and complete expert disclosures, from July 21, 2025 to **September 22, 2025**;

2

7. The last day to serve rebuttal expert disclosures, from August 11, 2025 to **October 10, 2025**;

8. The last day to complete expert discovery, from September 2, 2025 to **November 3, 2025**;

9. The last day to file dispositive or Daubert motions, from September 8, 2025 to **November 7, 2025**.

**RESPECTFULLY SUBMITTED** this 20th day of May 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 N 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By  */s/ Sarena Kustic, Esq. (w/ permission)*
  Patrick J. Kearns, Esq.
  Taylor Allin, Esq.
  Sarena Kustic, Esq.
  2231 E Camelback Rd., Ste. 200
  Phoenix, Arizona 85016
  *Attorneys for Defendant American Airlines Group, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
titania.tessier@wilsonelser.com
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
Meagan.tharp@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

   /s/ Ben Dangerfield