Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

THE COURT, having review the parties' "Stipulated Motion to Extend Deadlines" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines as follows:

1. The last day to commence lay depositions, from June 2, 2025 to **August 1, 2025**;

2. The last day to complete fact discovery, from June 9, 2025 to **August 8, 2025**;

3. The last day for Plaintiff to serve full and complete expert disclosures, from June 30, 2025 to **August 29, 2025**;

4. The last day to engage in good faith settlement talks, from July 11, 2025 to **September 11, 2025**;

5. The last day to file Joint Report on settlement talks, from July 18, 2025 to **September 18, 2025**;

6. The last day for Defendant to serve full and complete expert disclosures, from July 21, 2025 to **September 22, 2025**;

7. The last day to serve rebuttal expert disclosures, from August 11, 2025 to **October 10, 2025**;

8. The last day to complete expert discovery, from September 2, 2025 to **November 3, 2025**;

9. The last day to file dispositive or Daubert motions, from September 8, 2025 to **November 7, 2025**.

2