# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>         Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>         Defendants. | No. CV-23-02425-PHX-ROS (DMF)<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Extend Deadlines (Third Request) (Doc. 50), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Deadlines (Third Request) (Doc. 50).

**IT IS FURTHER ORDERED** extending the following deadlines:

1. The last day to commence lay depositions: **August 1, 2025**.
2. The last day to complete fact discovery: **August 8, 2025**.
3. The last day for Plaintiff to serve full and complete expert disclosures: **August 29, 2025**.
4. The last day to engage in good faith settlement talks: **September 11, 2025**.
5. The last day to file Joint Report on settlement talks: **September 18, 2025**.
6. The last day for Defendant to serve full and complete expert disclosures: **September 22, 2025**.
7. The last day to serve rebuttal expert disclosures: **October 10, 2025**.

8. The last day to complete expert discovery: **November 3, 2025**.

9. The last day to file dispositive or *Daubert* motions: **November 7, 2025**.

Dated this 20th day of May, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge