| | |
|---|---|
| 1 | Patrick J. Kearns (*Admitted Pro Hac Vice*) |
| 2 | Taylor Allin (AZ Bar No. 031834) |
|   | Sarena L. Kustic (*Admitted Pro Hac Vice*) |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
|   |    **EDELMAN & DICKER LLP** |
| 4 | 2231 East Camelback Road, Suite 200 |
| 5 | Phoenix, Arizona 85016 |
|   | Telephone: (480) 562-3660 |
| 6 | Facsimile: (480) 562-3659 |
| 7 | Email: Patrick.Kearns@wilsonelser.com |
|   |         Taylor.Allin@wilsonelser.com |
| 8 |         Sarena.Kustic@wilsonelser.com |

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
|           Plaintiff, | **DEFENDANT'S NOTICE OF SERVICE OF NOTICE OF DEPOSITION AND SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver |
|   | Magistrate Judge: Deborah M. Fine |
|           Defendant(s). | |

/ / /

/ / /

/ / /

1

1  Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")
2  through its counsel of record herein, hereby notifies the Court that Defendant served
3  American Airlines, Inc.'s Notice of Deposition of Officer Todd Blanc and Subpoena
4  to Testify at a Deposition in a Civil Action to Officer Todd Blanc via email on May
5  23, 2025

Respectfully submitted,

Dated: May 27, 2025

By:  /s/ Patrick Kearns
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 27th day of May 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: May 27, 2025

By: /s/ Patrick Kearns
Patrick J. Kearns, Esq.
Attorneys for Defendant, *American Airlines, Inc.*