1   Robert T. Mills (Arizona Bar #018853)
    Sean A. Woods (Arizona Bar #028930)
2   **MILLS + WOODS LAW, PLLC**
    5055 North 12th Street, Suite 101
3   Phoenix, Arizona 85014
    Telephone 480.999.4556
4   docket@millsandwoods.com
    swoods@millsandwoods.com
5   *Attorneys for Plaintiff*

6

7                  **UNITED STATES DISTRICT COURT**

8                       **DISTRICT OF ARIZONA**

9   Sean Bennett, an individual,              No.: CV-23-02425-PHX-ROS (DMF)

10                        Plaintiff,
                                               **PLAINTIFF'S NOTICE OF SERVICE**
11               vs.                           **OF FOURTH SUPPLEMENTAL**
                                               **DISCLOSURE STATEMENT**
12  City of Phoenix, a governmental entity;
    American Airlines, Inc., a foreign
13  corporation; Officer Joel Cottrell and Jane
    Doe Cottrell, a married couple; Officer    (Assigned to the Honorable Roslyn O.
14  Benjamin Denham and Jane Doe Benham,       Silver and referred to the Honorable
    a married couple; Officer Todd Blanc and   Deborah M. Fine for all pretrial
15  Jane Doe Blanc, a married couple; Officer  proceedings)
    Peru and Jane Doe Peru, a married couple;
16  Sergeant Hogan and Jane Doe Hogan, a
    married couple,
17

18                        Defendants.

19

20         Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil

21  Procedure, Plaintiff Sean Bennett hereby gives notice that this same day he served his

22  Fourth Supplemental Disclosure Statement upon counsel for Defendant American Airlines,

23
    Inc. via email.
24

25  ///

26  ///

27  ///

28

*(left margin vertical text)* MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**RESPECTFULLY SUBMITTED** this 23rd day of June 2025.

MILLS + WOODS LAW, PLLC

By  /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
titania.tessier@wilsonelser.com
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*


     /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2