| | |
|---|---|
| 1 | Patrick J. Kearns (*Admitted Pro Hac Vice*) |
| 2 | Taylor Allin (AZ Bar No. 031834) |
|   | Sarena L. Kustic (*Admitted Pro Hac Vice*) |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
|   |     **EDELMAN & DICKER LLP** |
| 4 | 2231 East Camelback Road, Suite 200 |
| 5 | Phoenix, Arizona 85016 |
|   | Telephone: (480) 562-3660 |
| 6 | Facsimile: (480) 562-3659 |
| 7 | Email: Patrick.Kearns@wilsonelser.com |
|   |            Taylor.Allin@wilsonelser.com |
| 8 |            Sarena.Kustic@wilsonelser.com |
| 9 | *Attorneys for Defendant, American Airlines, Inc.* |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No.  2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DEFENDANT'S NOTICE OF SERVICE OF NOTICE OF DEPOSITION** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

1  Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")
2  through its counsel of record herein, hereby notifies the Court that Defendant served
3  Defendant American Airlines, Inc.'s Second Amended Notice of Deposition of
4  Plaintiff Sean Bennett; and Defendant American Airlines, Inc.'s Second Amended
5  Notice of Deposition of Monica Bennett via email on July 11, 2025.

Respectfully submitted,

Dated: July 11, 2025

By:  */s/ Patrick Kearns*
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 11th day of July 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: July 11, 2025

By:     /s/ Patrick Kearns
            Patrick J. Kearns, Esq.
            Attorneys for Defendant, *American Airlines, Inc.*