1  Patrick J. Kearns (*Admitted Pro Hac Vice*)
2  Taylor Allin (AZ Bar No. 031834)
   Sarena L. Kustic (*Admitted Pro Hac Vice*)
3  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
4  2231 East Camelback Road, Suite 200
5  Phoenix, Arizona 85016
   Telephone: (480) 562-3660
6  Facsimile: (480) 562-3659
7  Email: Patrick.Kearns@wilsonelser.com
         Taylor.Allin@wilsonelser.com
8         Sarena.Kustic@wilsonelser.com

9  *Attorneys for Defendant, American Airlines, Inc.*

10

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, ) | Case No.  2:23-cv-02425-ROS--DMF |
| ) | |
| Plaintiff, ) | **STIPULATED MOTION TO** |
| ) | **AMEND THE CASE** |
| vs. ) | **MANAGEMENT SCHEDULING** |
| ) | **ORDER** |
| City of Phoenix, a governmental entity; ) | |
| American Airlines, Inc., a foreign ) | Honorable Judge: Roslyn O. Silver |
| corporation; Officer Joel Cottrell and Jane ) | Magistrate Judge: Deborah M. Fine |
| Doe Cottrell, a married couple; Officer ) | |
| Benjamin Denham and Jane Doe ) | |
| Denham, a married couple; Officer Todd ) | |
| Blanc and Jane Doe Blanc, a married ) | |
| couple; Officer Peru and Jane Doe Peru, a ) | |
| married couple; Sergeant Hogan and Jane ) | |
| Doe Hogan, a married couple; ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

Plaintiff Sean Bennett and Defendant American Airlines, collectively "the Parties", by and through their counsel of record, hereby stipulate and jointly move to amend the case management scheduling order in this action on the grounds the

Parties have experienced unavoidable delays in obtaining essential fact discovery and require additional time for these purposes.

Defendant has been trying to set the deposition of Plaintiff since April 3, 2025. Due to conflicts of counsels' schedules and Plaintiff's health issues, Defendant was unable to confirm the dates for Plaintiff's and his wife's depositions until recently. Those depositions are scheduled to commence on July 24, 2025.

Since April 30, 2025, Defendant has been trying to set the depositions of the Phoenix police officers involved in the subject incident. To date, Defendant has only been able to complete one of the three officers' depositions as Defendant has been experiencing significant difficulty in coordinating the schedules of the witnesses and all counsel. The Parties have experienced similar scheduling difficulties with respect to the depositions of the Defendants' flight crew. While the Parties are working diligently to coordinate these key depositions, they need more time to complete them.

Moreover, on June 18, and June 23, 2025, Plaintiff provided third and fourth supplemental Rule 26 disclosures, which included a production over 900 pages of medical records from providers never before identified in discovery. In response, on and around June 30, 2025, Defendant issued  subpoenas for the complete records from these providers (located in Oklahoma and Alaska) but has not yet received their document production. Defendant anticipates that some of these providers, as well as several other witnesses identified by Plaintiff, will also need to be deposed once the records are received.

Given the complications in coordinating the schedules of all parties and counsel, despite the Parties' diligent efforts, additional time is needed for the Parties to wrap up essential fact discovery including the foregoing depositions, and any follow up discovery warranted by the testimony of said witnesses and, if necessary, seek this Court's assistance in this regard.

This is the Parties' fourth request for an extension. This request is not made for the purpose of delaying the case, and neither party will be prejudiced by modifying the scheduling order. The requested extension relates to the fact and expert discovery deadlines, and the deadline for dispositive motions.

The Parties agree that good cause exists, and respectfully request, to amend the current scheduling order and respectfully propose the following modifications:

| | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| **Last Day to Conduct Lay Depositions** | August 1, 2025 | October 1, 2025 |
| **Fact Discovery Cutoff** | August 8, 2025 | October 8, 2025 |
| **Plaintiff's Expert Disclosures** | August 29, 2025 | October 29, 2025 |
| **Last Day to Engage in Good Faith Settlement Talks** | September 11, 2025 | November 12, 2025 |
| **Last Day to file Joint Report on Settlement Talks** | September 18, 2025 | November 18, 2025 |
| **Defendant's Expert Disclosures** | September 22, 2025 | November 24, 2025 |
| **Rebuttal Expert Disclosures** | October 10, 2025 | December 10, 2025 |
| **Expert Discovery Cutoff** | November 3, 2025 | January 15, 2026 |
| **Deadline to File Dispositive or *Daubert* Motions** | November 7, 2026 | February 7, 2026 |

Respectfully submitted,

Dated: July 24, 2025                    **MILLS + WOODS LAW, PLLC**

By:    */s/ Sean A. Woods (with permission)*
       Robert T. Mills, Esq.
       Sean A. Woods, Esq.
       *Attorneys for Plaintiff, Sean Bennett*

3

1

Dated: July 24, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

By: <u>/s/ Sarena Kustic</u>
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American
Airlines, Inc.*

4
STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No.  2:23-cv-02425-ROS--DMF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed and served this 24th day of July 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: July 24, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:    */s/ Sarena Kustic*
        Patrick J. Kearns, Esq.
        Taylor Allin, Esq.
        Sarena L. Kustic, Esq.
        *Attorneys for Defendant, American Airlines, Inc.*

STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No.  2:23-cv-02425-ROS--DMF