# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **[PROPOSED] ORDER PARTIALLY AMENDING THE CASE MANAGEMENT SCHEDULING ORDER** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver  Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

The Court, having reviewed the Joint Motion, by Plaintiff Sean Bennett and Defendant American Airlines, to amend the Case Management Scheduling Order, and for good cause appearing, hereby GRANTS the motion and ORDERS:

(1) The last day to commence lay depositions is continued from August 1, 2025, to October 1, 2025.

(2) The Fact Discovery Deadline is continued from August 8, 2025, is continued to October 8, 2025.

(3) Plaintiff's Expert Disclosure Deadline is continued from August 29, 2025, is continued to October 29, 2025.

(4) The last day to engage in good faith settlement talks is continued from September 11, 2025, to November 12, 2025.

(5) The last day to file Joint Report on settlement talks is continued from September 18, 2025, to November 18, 2025.

(6) Defendant's Expert Disclosure Deadline is continued from September 22, 2025, to November 24, 2025.

(7) The Rebuttal Expert Disclosures Deadline is continued from October 10, 2025, to December 10, 2025.

(8) The last day to complete Expert Discovery is continued from November 3, 2025, to January 15, 2026.

(9) The Deadline to File Dispositive Motions is continued from November 7, 2025, to February 7, 2025.

IT IS SO ORDERED.

Date: _____    _____
HONORABLE DEBORAH M. FINE
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF ARIZONA

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 24th day of July 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

                                                  Respectfully submitted,

Dated: July 24, 2025           **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

                                        By:    */s/Sarena L. Kustic*
                                                     Patrick J. Kearns, Esq.
                                                     Taylor Allin, Esq.
                                                     Sarena L. Kustic, Esq.
                                                     *Attorneys for Defendant, American Airlines, Inc.*