# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-23-02425-PHX-ROS (DMF)<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Amend the Case Management Scheduling Order (Fourth Request) (Doc. 56). This case has been pending since November 2023 (Doc. 1). The factual matters at issue are not complex (*see* Doc. 25). The Case Management Order issued in August 2024 (Doc. 28), and a Protective Order issued in September 2024 (Doc. 35).

The parties' stated reasons for additional extensions of case management deadlines are vague and are troubling, particularly in light of all the previous extensions of deadlines. It appears that it may suit some or all of the parties and/or their counsel to delay invoking subpoena power and other tools to move this case to conclusion.

If Court involvement is needed due to recalcitrant witnesses or problems with counsel's availability for depositions, then a discovery dispute motion should be promptly filed per the expedited procedures in the Scheduling Order. If there are disclosure or other discovery delays and problems, the Court will enter appropriate orders, including any appropriate sanctions on the parties, counsel, and/or recalcitrant, noncompliant witnesses.

1  Further, the Court may require all counsel of record to appear in person for a discovery
2  dispute conference or hearing.  Counsel should not only be aware but should make the
3  parties and any witnesses aware of the urgency of setting any depositions and completing
4  discovery.

5        The Court will grant the parties' pending motion despite the above.  **Nevertheless,**
6  **the Court is not inclined to grant any additional extensions of the Scheduling Order**
7  **deadlines.**  Counsel, the parties, fact witnesses, and expert witnesses will need to arrange,
8  and rearrange as necessary, their schedules to meet the extended deadlines below.

9        Accordingly,

10        **IT IS HEREBY ORDERED** granting the parties' Stipulated Motion to Amend the
11  Case Management Scheduling Order (Fourth Request) (Doc. 56).

12        **IT IS FURTHER ORDERED** extending the following deadlines:

13        1.    The last day to commence lay depositions:  **October 1, 2025**.

14        2.    The last day to complete fact discovery:  **October 8, 2025**.

15        3.    The last day for Plaintiff to serve full and complete expert disclosures:
16  **October 29, 2025**.

17        4.    The last day to engage in good faith settlement talks:  **November 12, 2025**.

18        5.    The last day to file Joint Report on settlement talks:  **November 18, 2025**.

19        6.    The last day for Defendant to serve full and complete expert disclosures:
20  **November 24, 2025**.

21        7.    The last day to serve rebuttal expert disclosures:  **December 10, 2025**.

22        8.    The last day to complete expert discovery:  **January 15, 2026**.

23        9.    The last day to file dispositive and/or *Daubert* motions:  **February 6, 2026**.

24  **Counsel and the parties are on notice:  the Court is not inclined to grant additional**
25  **extensions of the Scheduling Order deadlines.**

26        Dated this 24th day of July, 2025.

27
28                                       Honorable Deborah M. Fine
                                       United States Magistrate Judge