| | |
|---|---|
| 1 | Patrick J. Kearns (*Admitted Pro Hac Vice*) |
| 2 | Taylor Allin (AZ Bar No. 031834) |
|   | Sarena L. Kustic (*Admitted Pro Hac Vice*) |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
|   | **EDELMAN & DICKER LLP** |
| 4 | 2231 East Camelback Road, Suite 200 |
| 5 | Phoenix, Arizona 85016 |
|   | Telephone: (480) 562-3660 |
| 6 | Facsimile: (480) 562-3659 |
| 7 | Email: Patrick.Kearns@wilsonelser.com |
|   | Taylor.Allin@wilsonelser.com |
| 8 | Sarena.Kustic@wilsonelser.com |
| 9 | *Attorneys for Defendant, American Airlines, Inc.* |

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT'S WRITTEN DISCOVERY TO PLAINTIFF** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

1

NOTICE OF SERVICE OF DEFENDANT'S WRITTEN DISCOVERY TO PLAINTIFF
Case No. 2:23-cv-02425-ROS--DMF

1     Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant") through its counsel of record herein, hereby notifies the Court that Defendant served Requests for Admission to Plaintiff (Set One) and Requests for Production to Plaintiff (Set Two) on counsel of record for Plaintiff Sean Bennett via email on August 22, 2025.

Respectfully submitted,

Dated: August 22, 2025

By:    */s/ Sarena Kustic*
        Patrick J. Kearns, Esq.
        Taylor Allin, Esq.
        Sarena L. Kustic, Esq.
        *Attorneys for Defendant, American Airlines, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 22nd day of August 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: August 22, 2025

By: */s/ Sarena Kustic*
Sarena L. Kustic, Esq.
Attorneys for Defendant, *American Airlines, Inc.*