Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**STIPULATED MOTION TO EXTEND DEADLINES**<br><br>(Fifth Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby stipulate, agree, and respectfully move, to extend all existing deadlines in this action by approximately ninety days each, in accordance with the [Proposed] Order attached hereto.

Good cause exists for such extension. As a preliminary matter, the parties are cognizant of the current deadlines and that this Court has previously admonished the parties that it is not inclined to grant further extensions. The parties come to this Court

acknowledging this and avow that this request is not taken lightly. The parties will not make another request for extensions. The parties have been in constant communication and have worked together to obtain all discovery possible. Despite the parties' efforts and multiple requests, the VA medical facility in Alaska still has not produced medical records and billings.  Moreover, scheduling additional and needed depositions has proved extremely difficult due to deponents' work schedules and conflicts with counsels' schedules – as well as not having pertinent discovery. To illustrate – Defendants' counsel has three jury trials through the end of this year still to complete. Plaintiff's counsel has a trial and briefing before the U.S. Supreme Court to complete, has his own trial in December, and recently had an oral argument before the Ninth Circuit.

The extra time requested is necessary not only to properly finalize discovery, but also to allow both sides' experts the opportunity to review all relevant materials, documents which despite diligent and consistent effort have not yet been obtained.

For all the foregoing reasons, the parties submit that good cause exists for existing deadlines in this matter to be extended as follows:

1. The last day to commence lay depositions, from October 1, 2025 to **January 2, 2026**;

2. The last day to complete fact discovery, from October 8, 2025 to **January 7, 2026**;

3. The last day for Plaintiff to serve full and complete expert disclosures, from October 29, 2025 to **January 28, 2026**;

4. The last day to engage in good faith settlement talks, from November 12, 2025 to **February 11, 2026**;

5. The last day to file Joint Report on settlement talks, from November 18, 2025 to **February 18, 2026**;

6. The last day for Defendant to serve full and complete expert disclosures, from November 24, 2025 to **February 24, 2026**;

7. The last day to serve rebuttal expert disclosures, from December 10, 2025 to **March 11, 2026**;

8. The last day to complete expert discovery, from January 14, 2026 to **April 15, 2026**, and;

9. The last day to file dispositive or Daubert motions, from February 6, 2026 to **May 7, 2026**.

**RESPECTFULLY SUBMITTED** this 3rd day of October 2025.

        **MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 N 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


By     /s/ Sarena Kustic (w/ permission)
       Sarena Kustic
       2231 E Camelback Rd., Ste. 200
       Phoenix, Arizona 85016
       *Attorneys for Defendant American Airlines Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
emilee.staley@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*


       /s/ Ben Dangerfield