Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>　　　　　Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

THE COURT, having review the parties' "Stipulated Motion to Extend Deadlines (Fifth Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines as follows:

　　1.　　The last day to commence lay depositions, from October 1, 2025 to **January 2, 2026**;

2. The last day to complete fact discovery, from October 8, 2025 to **January 7, 2026**;

3. The last day for Plaintiff to serve full and complete expert disclosures, from October 29, 2025 to **January 28, 2026**;

4. The last day to engage in good faith settlement talks, from November 12, 2025 to **February 11, 2026**;

5. The last day to file Joint Report on settlement talks, from November 18, 2025 to **February 18, 2026**;

6. The last day for Defendant to serve full and complete expert disclosures, from November 24, 2025 to **February 24, 2026**;

7. The last day to serve rebuttal expert disclosures, from December 10, 2025 to **March 11, 2026**;

8. The last day to complete expert discovery, from January 14, 2026 to **April 15, 2026**, and;

9. The last day to file dispositive or Daubert motions, from February 6, 2026 to **May 7, 2026**.