# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | No. CV-23-02425-PHX-ROS (DMF)<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Extend Deadlines (Fifth Request) (Doc. 60). This case has been pending since November 2023 (Doc. 1). The factual matters at issue are not complex (*see* Doc. 25). The Case Management Order issued in August 2024 (Doc. 28), and a Protective Order issued in September 2024 (Doc. 35). In their pending stipulated motion to extend deadlines, the parties request an extension of "all existing deadlines in this action by approximately ninety days each" and state:

> Good cause exists for such extension. As a preliminary matter, the parties are cognizant of the current deadlines and that this Court has previously admonished the parties that it is not inclined to grant further extensions. The parties come to this Court acknowledging this and avow that this request is not taken lightly. ***The parties will not make another request for extensions.*** The parties have been in constant communication and have worked together to obtain all discovery possible. Despite the parties' efforts and multiple requests, the VA medical facility in Alaska still has not produced medical records and billings. Moreover, scheduling additional and needed depositions has proved extremely difficult due to deponents' work schedules

and conflicts with counsels' schedules – as well as not having pertinent discovery. To illustrate – Defendants' counsel has three jury trials through the end of this year still to complete. Plaintiff's counsel has a trial and briefing before the U.S. Supreme Court to complete, has his own trial in December, and recently had an oral argument before the Ninth Circuit.

The extra time requested is necessary not only to properly finalize discovery, but also to allow both sides' experts the opportunity to review all relevant materials, documents which despite diligent and consistent effort have not yet been obtained.

(Doc. 60 at 1-2) (emphasis added). Given the parties' assertions, including that "[t]he parties will not make another request for extensions" (*Id*. at 2), the Court finds good cause shown and will grant the parties' pending motion. Accordingly,

**IT IS HEREBY ORDERED** granting the parties' the parties' Stipulated Motion to Extend Deadlines (Fifth Request) (Doc. 60).

**IT IS FURTHER ORDERED** extending the following deadlines:

1. The last day to commence lay depositions: **January 2, 2026**.
2. The last day to complete fact discovery: **January 7, 2026**.
3. The last day for Plaintiff to serve full and complete expert disclosures: **January 28, 2026**.
4. The last day to engage in good faith settlement talks: **February 11, 2026**.
5. The last day to file Joint Report on settlement talks: **February 18, 2026**.
6. The last day for Defendant to serve full and complete expert disclosures: **February 24, 2026**.
7. The last day to serve rebuttal expert disclosures: **March 11, 2026**.
8. The last day to complete expert discovery: **April 15, 2026**.
9. The last day to file dispositive and/or *Daubert* motions: **May 7, 2026**.

Dated this 6th day of October, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge