Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
         Taylor.Allin@wilsonelser.com
         Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 | Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant") through its counsel of record herein, hereby notifies the Court that Defendant served the following documents via email on December 11, 2025: |

- American Airlines, Inc.'s Amended Notice of Deposition of Michael Mullowney, MD and Subpoena to Testify at a Deposition in a Civil Action to Michael Mullowney, MD.
- American Airlines, Inc.'s Amended Notice of Deposition of Aaron Wonnacott, MD and Subpoena to Testify at a Deposition in a Civil Action to Aaron Wonnacott, MD.
- American Airlines, Inc.'s Amended Notice of Deposition of Carol Walsh, RN and Subpoena to Testify at a Deposition in a Civil Action to Carol Walsh, RN.

Respectfully submitted,

Dated: December 11, 2025

By:   */s/ Sarena Kustic*
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 11th day of December 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Respectfully submitted,

Dated: December 11, 2025

By: */s/ Sarena Kustic*
Sarena L. Kustic, Esq.
Attorneys for Defendant, *American Airlines, Inc.*