Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
       Taylor.Allin@wilsonelser.com
       Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No.  2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| | Honorable Judge: Roslyn O. Silver |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

/ / /

1  Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")
2  through its counsel of record herein, hereby notifies the Court that Defendant served
3  American Airlines, Inc.'s Amended Notice of Deposition of Officer Joel Cotrell and
4  Subpoena to Testify at a Deposition in a Civil Action to Officer Joel Cotrell via
5  email on December 17, 2025.

Respectfully submitted,

Dated: December 17, 2025

By: */s/ Patrick J. Kearns*
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena L. Kustic, Esq.
*Attorneys for Defendant, American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 17th day of December 2025, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Respectfully submitted,

Dated: December 17, 2025

By:   */s/ Patrick J. Kearns*
      Patrick J. Kearns, Esq.
      Attorneys for Defendant, *American Airlines, Inc.*