# EXHIBIT A

| | |
|---|---|
| 1 | Patrick J. Kearns (*Admitted Pro Hac Vice*) |
| 2 | Taylor Allin (AZ Bar No. 031834) |
|   | Sarena L. Kustic (*Admitted Pro Hac Vice*) |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
|   | **EDELMAN & DICKER LLP** |
| 4 | 2231 East Camelback Road, Suite 200 |
| 5 | Phoenix, Arizona 85016 |
|   | Telephone: (480) 562-3660 |
| 6 | Facsimile: (480) 562-3659 |
| 7 | Email: Patrick.Kearns@wilsonelser.com |
|   |        Taylor.Allin@wilsonelser.com |
| 8 |        Sarena.Kustic@wilsonelser.com |
| 9 | *Attorneys for Defendant, American Airlines, Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| Plaintiff, | **DECLARATION OF AUDREY WEISHAAR IN SUPPORT OF DEFENDANT AMERICAN AIRLINES' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver |
|  | Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

I, Audrey Weishaar, declare as follows:

1. I am a flight attendant and have been employed at American Airlines since 2001. I submit this declaration in support of American Airlines' Motion for

1

Summary Judgment. I am personally familiar with the facts set forth herein and, if called upon, I can and will testify competently as follows:

2. On August 13, 2021, I was a flight attendant on American Airlines Flight 2391 from Phoenix, AZ, to Anchorage, AK.

3. I was informed that passenger Sean Bennett ("Plaintiff") got into a verbal altercation with the first officer prior to boarding Flight 2391.

4. I first observed Plaintiff yelling at another passenger as he traveled down the center aisle of the aircraft during boarding. The other passenger had food, and Plaintiff yelled about the food and threatened to steal it.

5. Shortly thereafter, I observed Plaintiff take his mask off and yell that his seat was moved from 27C to 27D. His actual seat was 27B.

6. Once seated, I noticed Plaintiff had a dip bottle for his tobacco spit. He told me I could throw it away, so I did. He was not wearing his mask, so I instructed him to put it on. He did not comply.

7. Another flight attendant, Celinda Levno, approached Plaintiff and instructed him to put on his mask. Plaintiff complied while mumbling that I was mad at him. I told him I was not mad, and he said he was not mad either.

8. As I prepared to give my safety briefing, Plaintiff took his mask off again and yelled, "get on with your speech!"

9. I asked Plaintiff to put his mask back on and started to do the emergency exit row briefing, at which point Plaintiff jumped up and yelled, "Fuck! I'm taking my seat!" He got in my face and said, "You're going to look at me all flight."

10. From the moment he boarded the aircraft, Plaintiff was being very loud. Everyone on the plane was aware of him and thought he was drunk, although he did not smell of alcohol.

11. I told my pilots and flight attendants that I could not fly with Plaintiff. He was very aggressive and threatening. My flight crew collectively decided that

1  Plaintiff needed to be removed from the flight due to his non-compliance and
2  threatening behavior.

3      12.  A supervisor, Annette Edmond-Hodges, came onboard to assist and
4  informed Plaintiff that he would not be flying that evening and needed to exit the
5  aircraft. Plaintiff refused to deplane, at which point other passengers began yelling
6  at him to get off.

7      13.  Plaintiff continued arguing and shouting things like, "This is how you
8  treat Vets?!" and "You should be grateful!" He was also yelling that he knew some
9  senator in Alaska and, therefore, "You can't touch me."

10      14.  Plaintiff eventually exited the plane when another passenger stood up
11  to escort him off but, on his way out, he continued arguing with other passengers
12  and yelling profanities.

13      I declare under penalty of perjury, under the laws of the United States, that the
14  foregoing is true and correct.

15      Executed this __12/16/2025__ day of December 2025, at __Scottsdale__ (City),
16  __Arizona__ (State).

                                      Signed by:
                                      Audrey Weishaar
                                      844AE3CC22064FB...

12/16/2025