# EXHIBIT D



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEAN BENNETT, an individual, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> City of Phoenix, a governmental ) <br> entity; American Airlines, Inc.,) <br> a foreign corporation; Officer ) <br> Joel Cottrell and Jane Doe ) <br> Cottrell, a married couple; ) <br> Officer Benjamin Denham and Jane) <br> Doe Denham, a married couple; ) <br> Officer Todd Blanc and Jane Doe ) <br> Blanc, a married couple; Officer) <br> Peru and Jane Doe Peru, a ) <br> married couple; Sergeant Hogan ) <br> and Jane Doe Hogan, a married ) <br> couple; ) <br> ) <br>     Defendants. ) <br> _____) | Case No. <br> 2:23-cv-02425- <br> ROS--DMF |

THE VIDEOTAPED DEPOSITION OF:

SEAN BENNETT

THURSDAY, JULY 24, 2025

ZOOM VIDEO CONFERENCE, CALIFORNIA

Reported by:
Denise Talancon
CSR No. 14047

Sean Bennett, 7/24/2025

```
 1
 2                UNITED STATES DISTRICT COURT
 3                  FOR THE DISTRICT OF ARIZONA
 4
 5   SEAN BENNETT, an individual,    )
                                     )
 6         Plaintiff,                )
                                     )
 7         vs.                       )  Case No.
                                     )  2:23-cv-02425-
 8   City of Phoenix, a governmental )  ROS--DMF
     entity; American Airlines, Inc.,)
 9   a foreign corporation; Officer  )
     Joel Cottrell and Jane Doe      )
10   Cottrell, a married couple;     )
     Officer Benjamin Denham and Jane)
11   Doe Denham, a married couple;   )
     Officer Todd Blanc and Jane Doe )
12   Blanc, a married couple; Officer)
     Peru and Jane Doe Peru, a       )
13   married couple; Sergeant Hogan  )
     and Jane Doe Hogan, a married   )
14   couple;                         )
                                     )
15         Defendants.               )
     _____)
16
17
18
19         The videotaped deposition of Sean Bennett,
20   taken on behalf of the Defendants, before Denise
21   Talancon, Certified Shorthand Reporter No. 14047, for the
22   State of California, commencing at 9:59 a.m., Thursday,
23   July 24, 2025, via Zoom Video Conference in the State of
24   California.
25
```

2

Sean Bennett, 7/24/2025

```
 1   APPEARANCES OF COUNSEL:
 2        For the Defendant, American Airlines, Inc.:
 3             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
               BY:  PATRICK J. KEARNS, ESQ.
 4             2231 EAST CAMELBACK ROAD, SUITE 200
               PHOENIX, ARIZONA 85016
 5             480-562-3660
               PATRICK.KEARNS@WILSONELSER.COM
 6
 7
 8        For the Plaintiff:
 9             MILLS + WOODS LAW, PLLC
               BY:  SEAN A. WOODS, ESQ.
10             5055 NORTH 12TH STREET, SUITE 101
               PHOENIX, ARIZONA 85014
11             480-999-4556
               SWOODS@MILLSANDWOODS.COM
12
13
14   ALSO PRESENT:
15             DAVID WRIGHT, VIDEOGRAPHER
16             MONICA BENNETT
17
18
19
20
21
22
23
24
25
```

3

Sean Bennett, 7/24/2025

```
 1  BY MR. KEARNS:                                              10:58:46
 2      Q.   Okay.  What I will refer to as -- as the           10:58:46
 3  incident, that was a series or at least began as a series   10:58:52
 4  of flights on American Airlines on Friday August 13th; is   10:58:55
 5  that correct?                                               10:59:01
 6      A.   That is correct.                                   10:59:02
 7      Q.   Okay.  I will show you something here, sir.        10:59:03
 8  We've -- I'll -- I'll mark it as Exhibit 2.                 10:59:11
 9           (Deposition Exhibit 2 was marked for               10:59:15
10  identification by the court reporter.)                      10:59:15
11           MR. KEARNS:  And, for reference, we have it        10:59:18
12  marked, Mr. Woods, as Bennett 118.                          10:59:20
13           And I'm just going to show you this quick, sir,    10:59:25
14  to let you know what I'm looking at.  But it looks to       10:59:27
15  be -- it looks to be one of the -- like a ticket            10:59:31
16  print-out; right?  A confirmation print-out for the         10:59:34
17  flights, and it shows a flight beginning on that Friday     10:59:37
18  from Knoxville, Tennessee, to Chicago, continuing from      10:59:42
19  Chicago then to Phoenix, and then from Phoenix to           10:59:47
20  Anchorage.                                                  10:59:52
21  BY MR. KEARNS:                                              10:59:53
22      Q.   Is that your recollection of your intended         10:59:53
23  travel on that day?                                         10:59:56
24      A.   That would be my recollection, yes.                10:59:57
25      Q.   Okay.  Do you recall, sir, why it is you were      11:00:03
```

23

Sean Bennett, 7/24/2025

| | | |
|---|---|---|
| 1 | already trying to get my bag on because she was | 11:32:21 |
| 2 | forcefully coming down the aisle.  I didn't want to be | 11:32:25 |
| 3 | put in a choke point where I couldn't get around her. | 11:32:30 |
| 4 |     Q.   So in light of that, sir, would you agree with | 11:32:33 |
| 5 | me then that you dispute the statements and reports that | 11:32:36 |
| 6 | have been made by the captain and every other flight | 11:32:43 |
| 7 | attendant to issue a statement? | 11:32:48 |
| 8 |     A.   Yes, sir. | 11:32:51 |
| 9 |     Q.   You disagree with all of those? | 11:32:51 |
| 10 |     A.   The ones that you have spoken to me on this | 11:32:53 |
| 11 | right now, yes, I do. | 11:32:55 |
| 12 |     Q.   And each of their statements about you being | 11:32:57 |
| 13 | non-compliant with the mask, yelling about killing | 11:33:01 |
| 14 | people, things of that nature, you're -- you're disputing | 11:33:04 |
| 15 | all of that? | 11:33:07 |
| 16 |     They're all -- they're all lying basically? | 11:33:08 |
| 17 |     (Simultaneous crosstalk.) | 11:33:14 |
| 18 |     THE WITNESS:  Four years of my memory, and I | 11:33:14 |
| 19 | would say, yeah, we're -- we're -- they're lying about | 11:33:16 |
| 20 | this one. | 11:33:18 |
| 21 |     MR. KEARNS:  Okay. | 11:33:20 |
| 22 | BY MR. KEARNS: | 11:33:29 |
| 23 |     Q.   Let's go back to the other passenger, the other | 11:33:29 |
| 24 | military veteran, and I -- I don't recall whether he was | 11:33:32 |
| 25 | active duty at the time, but the -- the individual that | 11:33:35 |

49

Sean Bennett, 7/24/2025

| | | |
|---|---|---|
| 1 | you had spoken to that walked off. | 11:33:38 |
| 2 | Do you -- you recall that? | 11:33:40 |
| 3 | A. I do recall that. | 11:33:41 |
| 4 | Q. Okay. My understanding is -- and I can see from | 11:33:43 |
| 5 | the video -- that it appears that he walked with you off | 11:33:46 |
| 6 | the plane? | 11:33:50 |
| 7 | A. Yes, he was -- | 11:33:51 |
| 8 | (Simultaneous crosstalk.) | 11:33:53 |
| 9 | THE WITNESS: What's that? | 11:33:53 |
| 10 | BY MR. KEARNS: | 11:33:55 |
| 11 | Q. I'm sorry. At least close to being off the | 11:33:55 |
| 12 | plane. I don't know, whether he got off or not. | 11:33:56 |
| 13 | A. Yeah, he got off the plane. | 11:33:59 |
| 14 | Q. Okay. Were you able to walk on your own | 11:34:01 |
| 15 | volition? | 11:34:04 |
| 16 | A. Yes, I was able to walk. | 11:34:05 |
| 17 | Q. Okay. Well, what is it -- what is your | 11:34:07 |
| 18 | understanding of what his role was walking you off the | 11:34:10 |
| 19 | plane? | 11:34:14 |
| 20 | A. A sole -- a -- he -- he was out of the military. | 11:34:14 |
| 21 | He saw how bad it was getting back there with them | 11:34:19 |
| 22 | screaming and yelling, and he was trying to be proactive, | 11:34:22 |
| 23 | like hey, we need to get you off the plane. Because, | 11:34:26 |
| 24 | yeah, I know. I'm getting off. I'm getting off. | 11:34:29 |
| 25 | Because when she came up screaming, everybody was mad | 11:34:32 |

50

Sean Bennett, 7/24/2025

```
1    back there.  The whole back of the plane was screaming.    11:34:34
2    "You getter get off now.  You better get the hell off      11:34:38
3    now."                                                       11:34:43
4            I was getting cussed out as I was trying to get    11:34:43
5    around the stewardess, the stewardess that had her         11:34:46
6    uniform on.  The other one was just there somewhere at     11:34:49
7    some point along with five other people standing around    11:34:52
8    that looked like they were just trying to find seats on    11:34:55
9    the plane.                                                  11:34:58
10       Q.   So he was --                                       11:35:00
11       A.   He had a seat --                                   11:35:02
12            (Simultaneous crosstalk.)                          11:35:05
13            THE WITNESS:  What?                                11:35:05
14   BY MR. KEARNS:                                              11:35:06
15       Q.   He was trying to help you --                       11:35:06
16       A.   He was trying to --                                11:35:08
17       Q.   I'm sorry.                                         11:35:11
18       A.   There wasn't going to be anybody beating me up    11:35:13
19   as I was trying to leave.  He saw me trying to leave the   11:35:16
20   plane.  That stewardess was in the way, so, I mean, he     11:35:18
21   was coming around.  I mean, it was almost like, hey, he's  11:35:21
22   trying to get off.  Let him get off.                       11:35:25
23       Q.   Okay.                                              11:35:28
24       A.   Now, you must know and I must know and my         11:35:28
25   attorney must know that at this point there's about five  11:35:33
```

51

Sean Bennett, 7/24/2025

```
 1   of summarize some of this stuff.                              11:40:54
 2           Would it be fair, sir, you testified earlier          11:40:56
 3   that at the point that the people in the plane started        11:40:59
 4   getting angry and --                                          11:41:04
 5           MR. WOODS:  Sean, where did you go?                   11:41:10
 6           THE WITNESS:  I'm getting a water that was            11:41:11
 7   sitting right here.                                           11:41:13
 8           MR. WOODS:  Oh.                                       11:41:15
 9   BY MR. KEARNS:                                                11:41:16
10       Q.  You testified earlier and I -- I took a little        11:41:16
11   note here just of the words, but you said you were at one     11:41:18
12   point -- at one point you were just trying to get off the     11:41:20
13   airplane; right?                                              11:41:23
14           They said they were going to deboard the whole        11:41:25
15   thing.  It sounds like passengers were upset about that,     11:41:27
16   and you at that point you were just trying to get off?        11:41:30
17       A.  Yes, sir.                                             11:41:33
18       Q.  Okay.  And you were able to walk in your own          11:41:33
19   volition ultimately off the plane.  You had a guy walking     11:41:36
20   with you, but you were able to walk on your own?              11:41:39
21       A.  Yes.  I had another military veteran that took        11:41:41
22   it on his own recourse to walk with me off the plane so I     11:41:45
23   can get off the plane or the -- you know, whatever.           11:41:49
24       Q.  Yeah.                                                 11:41:52
25       A.  Yes.  I left on my own.                               11:41:52
```

**56**

Sean Bennett, 7/24/2025

```
 1   airplane under duress the way -- I mean, they're leaving    12:05:04
 2   airplane.  Yeah.  I don't think you should be screaming     12:05:09
 3   on the airplane like that.  Is that what you want to        12:05:13
 4   hear?  There you go.                                        12:05:17
 5       Q.   Do you agree with me generally speaking that       12:05:17
 6   passengers on a air -- on a commercial aircraft need to     12:05:20
 7   comply with federal aviation regulations?                   12:05:23
 8       A.   Yes, they do, and I did.  To the point so that     12:05:28
 9   when they told me they were going to deboard the plane if   12:05:35
10   I didn't leave, I left.  Like I took that decision on.      12:05:39
11   Yup, I'm out.  And that's the biggest thing that could      12:05:43
12   possibly happen.                                            12:05:46
13       Q.   And you wanted to leave at that point?             12:05:47
14       A.   No.  I wanted to get to Alaska safe.               12:05:50
15       Q.   Well, sure.  But you testified that once it got    12:05:52
16   to that point, you were trying to get off the plane?        12:05:55
17       A.   Once I was told that everybody else was going to   12:05:58
18   have to suffer, yeah, I wanted to be the -- yeah, leave.    12:06:01
19       Q.   Okay.  When you were in the gate area you          12:06:10
20   indicated that you had called your wife and were in the     12:06:13
21   gate area, and then you stated -- and this is consistent    12:06:17
22   with the reports.  You stated that you had seen officers    12:06:20
23   come, and you kind of -- I forget exactly what you said,    12:06:25
24   but you -- you kind of indicated that they were probably    12:06:28
25   looking for you?                                            12:06:30
```

**66**

Sean Bennett, 7/24/2025

| | | |
|---|---|---|
| 1 | Q.   Okay.  Ben Denham.  Okay. | 12:07:40 |
| 2 | And was he the first officer that you -- that | 12:07:43 |
| 3 | you interacted with in anyway at the moment? | 12:07:45 |
| 4 | A.   He was first one that hit me. | 12:07:47 |
| 5 | Q.   Okay.  When you had raised your hands and said I | 12:07:51 |
| 6 | think you're probably looking for me, what happened next? | 12:07:55 |
| 7 | A.   I got bulldogged, body slammed, by one of the | 12:07:58 |
| 8 | cops, and then the rest of them just were basically on | 12:08:04 |
| 9 | top of me within five seconds.  Maybe ten seconds.  There | 12:08:22 |
| 10 | was five of them.  At least -- at least four, if not | 12:08:22 |
| 11 | five. | 12:08:22 |
| 12 | Q.   Okay.  So is it your testimony, sir, that there | 12:08:22 |
| 13 | was no verbal interaction, you didn't have any kind of | 12:08:22 |
| 14 | discussion or statements between you and the officers | 12:08:22 |
| 15 | before you were tackled? | 12:08:22 |
| 16 | A.   In fact, I'm pretty sure I had my mask on, too. | 12:08:23 |
| 17 | Go figure. | 12:08:29 |
| 18 | Q.   Okay. | 12:08:32 |
| 19 | A.   There was no talking and that kind of stuff. | 12:08:32 |
| 20 | They were just rushing and hitting me. | 12:08:34 |
| 21 | Q.   So you -- is it your testimony, sir, that you | 12:08:37 |
| 22 | were standing there and the cops ran up to you and just | 12:08:39 |
| 23 | tackled you? | 12:08:42 |
| 24 | A.   Yes.  The police officers did not -- hi, I'm | 12:08:43 |
| 25 | officer so and so from so and so and so and so.  We'd | 12:08:47 |

**68**

Sean Bennett, 7/24/2025

```
 1              REPORTER'S CERTIFICATE
 2         I, Denise Talancon, CSR No. 14047, a Certified
 3  Shorthand Reporter within and for the State of
 4  California, do hereby certify:
 5         That, prior to being examined, the witness
 6  named in the foregoing deposition solemnly stated that
 7  the testimony given in this deposition would be the
 8  truth, the whole truth, and nothing but the truth;
 9         That said deposition was taken before me at the
10  time and place set forth and was taken down by me in
11  shorthand and thereafter reduced to computerized
12  transcription under my direction and supervision, and I
13  hereby certify the foregoing deposition is a full, true,
14  and correct transcript of my shorthand notes so taken;
15         Further, that is the foregoing pertains to the
16  original transcript of deposition in a federal case, before
17  completion of the proceedings, review of the transcript
18  [X] was [ ] was not requested.
19         I further certify that I am neither counsel
20  for, nor related to, any party to said action, nor in any
21  way interested in the outcome thereof.
22              Dated this 15th day of August,
23              2025, at Los Angeles, California.
24              _____
25              Denise Talancon, CSR No. 14047
```

144