# EXHIBIT F

Case 2:23-cv-02425-ROS-DMF   Document 66-6   Filed 12/22/25   Page 2 of 13



# PHOENIX POLICE DEPARTMENT (0723)
## Incident Report

| Incident Number | CFS Incident # |
|---|---|
| 202100001250303 - 002 | 202101259393 |

| Report Type | Page |
|---|---|
| Incident Supplement | 1 of 3 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| to | 08/13/2021 21:12 |

ARR/SUB Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | Related Report #

☐ Arson Related  Arson Code          Damage Value          ☐ Bias Crime   ☐ Gang Involved   ☐ Domestic Violence

### Incident Details

Squad | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date

Situation Found | Status

Location Given By Dispatcher: 3800 E SKY HARBOR BLVD

Cargo Theft: NO

### Incident Address

Street Address: 3800 E SKY HARBOR BLVD
City: PHOENIX   State: ARIZONA   Zip: 85034   Country Code: UNITED STATES OF AMERICA (USA)

### Administrative Info

Reporting Officer: COTTRELL, JOEL   Serial #: [redacted]

### Narrative Information

SUPPLEMENTAL REPORT:
OFFICER J.T.COTTRELL [redacted], PHOENIX POLICE AIRPORT BUREAU 2908 E SKY HARBOR BLVD, PHOENIX, AZ 85029, 602-273-2201.

THIS IS A SUPPLEMENTAL REPORT TO REPORT 202100001259393.

ADDITIONAL INFORMATION:
ON AUGUST 13, 2021 AT APPROXIMATELY 1915 HOURS, I RESPONDED TO A FIGHT IN PROGRESS CALL AT THE AMERICAN AIRLINES GATE A20 INSIDE TERMINAL 4 OF PHOENIX SKY HARBOR INTERNATIONAL AIRPORT LOCATED AT 3800 E SKY HARBOR BOULEVARD, PHOENIX.

WHILE ENROUTE AVIATION DISPATCH UPDATED THE CALL MUTIPLE TIMES. THEY STATED IT WAS A PHYSICAL FIGHT ONBOARD THE AIRCRAFT THEN THE SUBJECT WAS OFF THE PLANE AND THEY REQUESTED RESPONDING OFFICERS "STEP IT UP" TWO DIFFERENT TIMES WHILE I WAS ENROUTE WALKING QUICKLY WITH OFFICER B. DENHAM [redacted]. IN CONTEXT AS WE HEAR IT IS A PHYSICAL FIGHT WHICH RAISES OUR PRIORITY AND HEARING TWO TIMES DISPATCH REQUEST US TO "STEP IT UP" MEANING SOMETHING IS GOING REAL BAD WHEN WE HEAR A REQUEST PHRASED THAT WAY.

AT APPROXIMATELY 1922 HOURS OFFICER DENHAM AND I ARRIVED NEAR GATE A20. OFFICER DENHAM ADVISED DISPATCH ON THE RADIO WE WERE BOTH ON SCENE. THE CONCOURSE WAS BUSY WITH PASSENGERS INCLUDING FAMILIES WITH CHILDREN. THERE WAS NO INDICATORS WHO WAS THE SUSPECT WE WERE LOOKING FOR UNTIL OFFICER T. BLANC #[redacted] POINTED AT A WHITE MALE BY HIMSELF STANDING BY THE WALL ACROSS FROM GATE A20 WHO APPEARED UPSET AND WAVED HIS ARMS SAYING SOMETHING LIKE "I'M THE ONE YOU'RE LOOKING FOR." THE SUBJECT WAS LATER IDENTIFIED AS SEAN BENNETT.

AS WE APPROACHED BENNETT HE APPEARED UPSET AND WAS WALKING TOWARDS OFFICER DENHAM, WHO WAS ONE STEP AHEAD OF ME JUST TO MY RIGHT, POSSIBLY TO WALK AROUND HIM AND WALK AWAY. OFFICER DENHAM PUT HIS HANDS UP AS BENNETT WALK RIGHT UP TO HIS FACE AND STATED "DON'T TOUCH ME OR WE'RE GOING TO HAVE A PROBLEM." OFFICER DENHAM REPLIED CLEAR AND CALM HE WAS NOT FREE TO GO AND WAS BEING DETAINED FOR AN ASSAULT INVESTIGATION WHILE OFFICER DENHAM HANDS STOPPED BENNETT'S FORWARD MOVEMENT FROM GOING FACE TO FACE. BENNETT RESPONDED YELLING "DON'T TOUCH ME" AND STEPPED BACK, RAISED HIS ARMS UP TOWARDS OFFICER DENHAM AND YELLED "LET'S GO." I REACTED TO THIS AS BENNETT THREATENING TO FIGHT HIM AND I CLOSED THE DISTANCE AND GRABBED HIS TENSED UP RIGHT ARM BY HIS WRIST WITH BOTH OF MY HANDS AS OFFICER DENHAM WAS FACE TO FACE WITH BENNETT AND GRABBED HIM BY THE SHOULDERS AND COMMANDED TO HIM TO GET ON THE GROUND. I HAD CONTROL OF BENNETT'S RIGHT ARM AND BEGAN TO APPLY A WRIST LOCK TO GET HIS ARM BEHIND HIS BACK AS BOTH OFFICER DENHAM LATCHED ON TO BENNETT WENT DOWN TO THE FLOOR. BENNETT DID NOT STRUGGLE, COMPLIED STATING HE WAS NOT FIGHTING, "I'LL STOP" AS WE PUT HIS HANDS BEHIND HIS BACK AND HANDCUFFED HIM AT APPROXIMATELY 1925 HOURS.

BENNETT_000098



Case 2:23-cv-02425-ROS-DMF   Document 66-6   Filed 12/22/25   Page 3 of 13

PHOENIX POLICE DEPARTMENT (0723)
Incident Report

| Incident Number | | CFS Incident # |
|---|---|---|
| 202100001250303 - 002 | | 202101259393 |
| Report Type | | |
| Incident Supplement | | Page 2 of 3 |
| Date / Time Occurred | | Date / Time Reported |
| to | | 08/13/2021 21:12 |

I ASSISTED ESCOURTING BENNETT DOWN THE OUTSIDE STAIRWAY TO THE PLANE APRON AREA WHERE THERE WAS THE PARKED AIRSIDE PATROL TAHOE. BENNETT COMPLAINED THE HANDCUFFS WERE TIGHT ON HIS WRIST AND OFFICER DENHAM READJUSTED THEM FOR BENNETT'S COMFORT AND PLACED HIM INTO THE AIRSIDE PATROL TAHOE. OFFICER PERU #███ AND OFFICER DENHAM TRANSPORTED BENNETT TO THE TERMINAL 4 POLICE OFFICE FOR PROCESSING.

I RETURNED BACK INSIDE THE CONCOURSE AREA OF GATE A20 AND WAS ASKED BY SERGEANT NICKEL #███ TO GO TO THE AMERICAN AIRLINE'S TOWER TO INVESTIGATE WHAT WAS COMMUNICATED BETWEEN THE AMERICAN AIRLINE PILOT, THE AMERICAN AIRLINE DISPATCHER HEATHER AND THE AVIATION POLICE DISPATCHER.

I MET WITH AN AMERICAN AIRLINES DISPATCH SUPERVISOR WHO REVIEWED THE RADIO COMMUNITCATIONS OF THE PILOT CAPTAIN D.SHAW TO AMERICAN AIRLINES DISPATCHER HEATHER AND BETWEEN AMERICAN AIRLINES MANAGER JEFF AT THE A20 GATE TO AMERICAN AIRLINES CONCOURSE DISPATCHER KRISS BOTH RELAYED TO THE AVIATION POLICE DISPATCHER. AFTER REVIEWING THE RECORDINGS I CALLED SERGEANT NICKELS BY PHONE AND BRIEFED HIM ON WHAT WAS ON THE RECORDINGS. I REQUESTED THE THREE RECORDINGS BE EMAILED TO OFFICER DENHAM WHO LATER ATTACHED THEM TO HIS REPORT.

***********************

THE FOLLOWING IS A CONDENSED SUMMARY OF THE 3 CALLS OF COMMUNICATIONS RECORDED BY AMERICAN AIRLINES RELATED TO THIS CALL:

CALL #1
PILOT TO DISPATCHER HEATHER -
    "WE'VE GOT A COMBATIVE PASSENGER ON BOARD WE NEED POLICE DOWN HER A.S.A.P." ...

HEATHER TO AVIATION POLICE DISPATCH -
    "ON BOARD THE AIRCRAFT, I'LL NEED LEO'S, I HAVE A MALE PASSENGER BEING COMBATIVE WITH FLIGHT CREW." ...
REPLY "IS THE AIRCRAFT THERE AT THE GATE?" REPLY ANSWER "YES IT IS." REPLY QUESTION "WHEN YOU SAY COMBATIVE IS HE    PHYSICALLY FIGHTING?" REPLY ANSWER "THAT'S MY UNDERSTANDING, YES."

CALL #2
TOWER GATE DISPATCHER KRIS TO GATE A20 AMERICAN AIRLINES MANAGER JEFF -
    JEFF STATES "SOMEONE JUST BUSTED OUT THROUGH THE DOOR (JETWAY BRIDGE FROM PLANE TO CONCOURSE SECURITY DOOR) ... CAN YOU GET ME LEO'S BECAUSE I GOT SOME GUY THAT IS VERY AGITATED." ...
"LEO'S. I GOTTA GET IN FRONT OF SOMONE. O.K." REPLY FROM KRIS "LEO'S TO ALPHA 20. COPY THAT. GOOD BYE."

CALL #3
TOWER GATE DISPATCHER HEATHER TO AVIATION POLICE DISPATCH -
    HEATHER STATES "THIS IS HEATHER ... REGARDING GATE ALPHA 20 AND A COMBATIVE PASSENGER WHO IS CURRENTLY OFF THE AIRCRAFT AND IN THE JETWAY" RESPONSE "ARE THEY STILL FIGHTING?" RESPONSE "UM, I'M NOT SURE ABOUT THAT. THAT WAS JUST AN (INSA?) UPDATE FROM THE PILOT AND SO ONCE HE WAS OFF THEY CLOSED THE DOOR. BUT I'M TRYING TO GET. HOLD ON ONE SECOND (HEATHER IS TALKING TO SOMEONE ELSE IN THE BACKGROUND) YEAH, YEAH, IS, HOLD ON A SECOND." HEATHER TALKING TO ANOTHER FEMALE WHO ASKS "STATUS IS HE IS IN THE JETWAY. IS HE STILL BEING COMBATIVE?" HEATHER REPLIES TO HER "YES, HE IS STILL BEING COMBATIVE." HEATHER TO AVIATION POLICE DISPATCH "OUTBOUND FLIGHT NUMBER IS 2391." ... "AND THEY DO HAVE HIM AT THE PODIUM NOW, THE GATE PODIUM, AND THEY, PLEASE, THEY SAY PLEASE GET LEO'S THERE A.S.A.P." CAN NOW HEAR MALE AVIATION POLICE DISPATCHER SAYING QUIETLY TO SOMEONE OR TALKING TO SELF WHILE TYPING "REQUEST STATUS, REQUEST TO STEP UP." ... HE SAYS "PERFECT. O.K. WE'LL GO AHEAD AND UPDATE WE'LL LET THE OFFICERS KNOW THAT THEY NEED TO RESPOND A LITTLE BIT QUICKER." SHE SAYS "YES, PLEASE." ...

TO HEAR THE COMPLETE RECORDED CONVERSATIONS BETWEEN AMERICAN AIRLINES PERSONNEL AND THE AVIATION POLICE DISPATCHER LISTEN TO THE 3 UPLOADED RECORDINGS ON THE ORIGINAL REPORT.

BENNETT_000099



| PHOENIX POLICE DEPARTMENT (0723) Incident Report | Incident Number 202100001250393 - 002 | CFS Incident # 202101259393 |
|---|---|---|
| | Report Type Incident Supplement | Page 3 of 3 |
| | Date / Time Occurred to | Date / Time Reported 08/13/2021 21:12 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFTER MEETING WITH THE AMERICAN AIRLINE TOWER SUPERVISOR I WENT TO THE TERMINAL 4 POLICE OFFICE AND BRIEFED OFFICER DENHAM ON WHAT I HEARD ON THE 3 AMERICAN AIRLINES TOWER DISPATCH RECORDINGS.

FOR FURTHER DETAILS REFER TO THE ORIGINAL REPORT, RELATED SUPPLEMENTS AND THE UPLOADED AUDIO RECORDINGS.

THIS CONCLUDES MY INVOLVEMENT WITH THIS CASE.

Public Narrative



PHOENIX POLICE DEPARTMENT (0723)

# Incident Report

| Incident Number | CFS Incident # |
|---|---|
| 202100001259393 - 001 | 202101259393 |
| Report Type: Incident Supplement | Page 1 of 2 |
| Date / Time Occurred: 08/13/2021 19:45 to | Date / Time Reported: 08/13/2021 21:12 |

| ARR/SUB Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | Related Report # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

☐ Arson Related | Arson Code | Damage Value | ☐ Bias Crime | ☐ Gang Involved | ☐ Domestic Violence

**Incident Details**

| Squad | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|
| X65 | | | |

| Situation Found | Status |
|---|---|
| | |

| Location Given By Dispatcher | Cargo Theft |
|---|---|
| 3800 E SKY HARBOR BLVD | NO |

**Incident Address**

Street Address: 3800 E SKY HARBOR BLVD

| City | State | Zip | Country Code |
|---|---|---|---|
| PHOENIX | ARIZONA | 85034 | UNITED STATES OF AMERICA (USA) |

**Administrative Info**

| Reporting Officer | Serial # |
|---|---|
| BLANC, TODD | [redacted] |

Narrative Information

ON 8/13/21 AT AROUND 1945 HOURS, I RESPONDED TO GATE A20 INSIDE TERMINAL 4 OF PHOENIX SKY HARBOR INTERNATIONAL AIRPORT, PHOENIX. I RESPONDED AFTER A "HOT CALL" TONE WENT OUT, OF A FIGHT IN PROGRESS AT THAT GATE.

WHILE I WAS ENROUTE, THE CALL CONTINUED TO UPDATE. SKY HARBOR AIRPORT COMMUNICATIONS CENTER BROADCAST ADDITIONAL INFORMATION INCLUDING THAT IT WAS A PHYSICAL FIGHT ONBOARD THE AIRCRAFT, AND THE PILOT WAS REQUESTING LAW ENFORCEMENT TO "STEP IT UP".

I WAS FIRST TO ARRIVE AT GATE A20 AT AROUND 1950 HOURS. UPON MY ARRIVAL, I DID NOT WITNESS ANY KIND OF A FIGHT, OR DISRUPTION. IN FACT, THE BOARDING AREA WAS FULL OF CUSTOMERS SITTING DOWN, AND ACTING NORMAL. AS I APPROACHED THE COUNTER AT THE GATE, AN AMERICAN AIRLINES MANAGER POINTED TO A MALE STANDING BY HIMSELF, ALONG THE WALL, AND TALKING ON HIS PHONE, ABOUT 50 FEET FROM US. THE MANAGER TOLD ME "THAT'S HIM!"

I BROADCAST THE DESCRIPTION OF THE MALE TO OFFICER DENHAM #[redacted], WHO HAD JUST ARRIVED. THE MALE WAS LATER IDENTIFIED AS SEAN BENNETT.

I STARTED TO TALK WITH AMERICAN AIRLINES CUSTOMER SERVICE COORDINATOR ANNETTE HODGE, TO TRY AND GET SOME INFORMATION FOR THE REASON FOR THE CALL, SINCE IT APPEARED TO BE "BUSINESS AS USUAL" AT THE GATE. AT THIS TIME, SERGEANT HOGAN #[redacted] HAD ARRIVED. SERGEANT HOGAN NOTICED THAT OFFICER DENHAM AND SEAN WERE ON THE FLOOR OUTSIDE OF THE BOARDING AREA. BOTH SERGEANT HOGAN, MYSELF, AND OFFICER COTTRELL [redacted], RESPONDED TO HELP OFFICER DENHAM. SEAN WAS DETAINED IN HANDCUFFS WITHOUT INCIDENT.

SHORTLY AFTER SEAN WAS DETAINED, SERGEANTS NICKEL #[redacted], ZILLES #[redacted], AND BRUNO #[redacted] ARRIVED.

I RECONTACTED ANNETTE, TO ONCE AGAIN TRY AND FIGURE OUT WHY THE POLICE WERE CALLED TO THE GATE.

ANNETTE TOLD ME THE FOLLOWING:
ANNETTE SAID SHE IS THE CUSTOMER SERVICE COORDINATOR FOR AMERICAN AIRLINES. SHE SAID SHE WAS IN THE BOARDING AREA, AND WATCHING THE GATE AGENTS AS THEY BOARDED FLIGHT AA2391, PHOENIX TO ANCHORAGE. ANNETTE SAID THAT THE GATE AGENTS RECEIVED A CALL OF SOME SORT OF COMMOTION ONBOARD THE AIRCRAFT. ANNETTE SAID SHE WALKED DOWN THE JETBRIDGE TOWARD THE AIRCRAFT, AND MADE CONTACT WITH SEAN.

ANNETTE REMEMBERED SEAN, SINCE HE WAS THE LAST TO BOARD, AND SHE HELPED HIM WITH THE BOARDING PROCESS. ANNETTE WAS TOLD THAT SEAN WAS NOT LISTENING TO THE FLIGHT CREW, AND THE CAPTAIN OF THE AIRCRAFT WOULD NOT ALLOW SEAN TO BE ON THE AIRCRAFT.



PHOENIX POLICE DEPARTMENT (0723)

# Incident Report

| Incident Number | CFS Incident # |
|---|---|
| 202100001259393 - 001 | 202101259393 |
| Report Type: Incident Supplement | Page 2 of 2 |
| Date / Time Occurred: 08/13/2021 19:45 to | Date / Time Reported: 08/13/2021 21:12 |

ANNETTE SAID SEAN WAS ANGRY AND UPSET, AND WALKED OFF THE PLANE AND BACK TOWARDS THE TERMINAL. ANNETTE SAID SEAN USED PROFANITY AND STORMED BACK INTO THE BOARDING AREA, GETTING "IN HER FACE" AND IN HER MANAGER'S FACE.

ANNETTE SAID SEAN NEVER TOUCHED HER OR HER MANAGER, BUT "WAS IN THEIR FACE."

I ASKED ANNETTE WHAT HAPPENED ONBOARD THE AIRCRAFT. ANNETTE TOLD ME SHE DIDN'T KNOW, SINCE SHE WAS IN THE BOARDING AREA. I TOLD ANNETTE THAT I NEEDED TO SPEAK WITH THE CAPTAIN AND FLIGHT CREW, TO DETERMINE IF A CRIME TOOK PLACE, SINCE THE ORIGINAL CALL WAS A PHYSICAL FIGHT ONBOARD THE AIRCRAFT. ANNETTE TOLD ME THE PLANE HAD ALREADY PUSHED FROM THE GATE, AND WAS GETTING READY TO TAKE OFF, BUT THE CREW WILL WRITE AN INTERNAL REPORT.

IT SHOULD BE NOTED THAT THE CAPTAIN AND REST OF THE FLIGHT CREW DID NOT STAY AT THE GATE FOR POLICE CONTACT, AND STATEMENTS FROM THEM, OR ANY OTHER WITNESSES, COULD NOT BE OBTAINED. IT IS UNKNOWN WHAT TOOK PLACE ON THE AIRCRAFT, AND IF A CRIME HAD BEEN COMMITTED.

WHILE I WAS SPEAKING WITH ANNETTE, OFFICER DENHAM AND OFFICER PERU # [redacted], SECURED SEAN IN THE TERMINAL 4 POLICE OFFICE.

AFTER SPEAKING WITH ANNETTE, I RESPONDED TO THE TERMINAL 4 POLICE OFFICE, AND STOOD BY WITH SEAN AND OFFICER DENHAM.

THAT CONCLUDED MY INVOLVEMENT IN THIS MATTER.

FOR FURTHER DETAILS REGARDING THIS INCIDENT, REFER TO THE ORIGINAL REPORT, AND ANY OTHER SUPPLEMENTS.

Public Narrative



PHOENIX POLICE DEPARTMENT (0723)

# Incident Report

| Incident Number | CFS Incident # |
|---|---|
| 202100001259393 | 202101259393 |
| Report Type: Incident Report | Page 1 of 7 |
| Date / Time Occurred: 08/13/2021 19:45 to | Date / Time Reported: 08/13/2021 21:12 |

| ARR/SUB Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | Related Report # |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 1 | 1 | | | | | |

| Arson Related | Arson Code | Damage Value | Bias Crime | Gang Involved | Domestic Violence |
|---|---|---|---|---|---|
| ☐ | | | ☐ | ☐ | ☐ |

## Incident Details

| Squad | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|
| X65 | | | |

| Situation Found | Status |
|---|---|
| | |

| Location Given By Dispatcher | Cargo Theft |
|---|---|
| 3800 E SKY HARBOR BLVD | NO |

## Incident Address

| Street Address | | | |
|---|---|---|---|
| 3800 E SKY HARBOR BLVD | | | |
| **City** | **State** | **Zip** | **Country Code** |
| PHOENIX | ARIZONA | 85034 | UNITED STATES OF AMERICA (USA) |

## Administrative Info

| Reporting Officer | Serial # |
|---|---|
| DENHAM, BENJAMIN | [redacted] |

## OFFENSE

| Primary Offense | Offense Description | | |
|---|---|---|---|
| ☑ | DISORDERLY CONDUCT-FIGHTING | | |
| **Offense/Statute Code** | **Severity** | **Attempted/Completed** | **Premise Type** |
| 13-2904A1 010 | MISDEMEANOR | COMPLETED | |

| Circumstances | Bias | Bias 2 |
|---|---|---|
| | NONE | |
| **Bias 3** | **Bias 4** | **Bias 5** |
| | | |
| **Criminal Activity 1** | **Criminal Activity 2** | **Criminal Activity 3** |
| | | |
| **Offender Using 1** | **Offender Using 2** | **Offender Using 3** |
| NOT APPLICABLE | | |

| # Premise Entered | Home Invasion | Domestic Violence | Gang Activity |
|---|---|---|---|
| | | | |

| Primary Gang Type | Primary Gang Name |
|---|---|
| | |
| **Secondary Gang Type** | **Secondary Gang Name** |
| | |

| Drug Related | Drug Type | Drug Origin | Drug Precursors |
|---|---|---|---|
| | | | |

MO Panel

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| | | |
| **Entry Point 1** | **Entry Point 2** | **Exit Point 1** |
| | | |
| **Exit Point 2** | **Target Area** | **Property Target 1** |
| | | |
| **Property Target 2** | **Property Target 3** | **Victim Target** |
| | | |
| **Time of Day** | **Victim Activity** | **Action 1 to Premises** |
| | | |
| **Action 2 to Premises** | **Action 3 to Premises** | **Action 1 on Victim** |
| | | |
| **Action 2 on Victim** | **Action 3 on Victim** | **Other Action 1** |
| | | |
| **Other Action 2** | **Other Action 3** | **Solicited Offered 1** |
| | | |
| **Solicited Offered 2** | **Solicited Offered 3** | **Weapon 1** |
| | | |
| **Weapon 1 Auto** | **Weapon 2** | **Weapon 2 Auto** |
| | | |
| **Weapon 3** | **Weapon 3 Auto** | **Arson** |
| | | |
| **Precipitating Circumstance** | **Instrument Used** | |
| | | |

Comments

PHOENIX POLICE DEPARTMENT (0723)

# Incident Report

Incident Number: 202100001259393
CFS Incident #: 202101259393
Report Type: Incident Report
Page 2 of 7
Date / Time Occurred: 08/13/2021 19:45 to
Date / Time Reported: 08/13/2021 21:12

**SUSPECT** ☑ Known ☐ Unknown ☐ ARR/SUB

Name (Last, First Middle): BENNETT, SEAN
Suffix:

Nickname:
Race: WHITE
Sex: MALE
SSN: [redacted]
Date of Birth: [redacted]/1974
Age: 47
Age Range: to
Age At Time Of Incident: 47

Height: [redacted]
Weight: [redacted]
Driver's License #: [redacted]
DL State: ALASKA
DL Class: OPERATOR
DL Restrictions: NONE

Primary Language:
Place of Birth: TEXAS
Citizenship: UNITED STATES OF AMERICA
Ethnicity: NON-HISPANIC
Marital Status:

SIB Check Result: NEGATIVE
ICE Contact Date:
ICE Phone #:
ICE Response:

Preferred: CELL PHONE
Home Phone:
Cell Phone: [redacted]
Email Address:

Additional Email or Social Media Handle:
Social Media Types:

**Suspect Home Address**

Street Address: [redacted]
City: NINILCHIK
State: ALASKA
Zip: [redacted]
Country Code:
Place Name:

**Mailing Address**

Street Address:
City:
State:
Zip:
Country Code:

**Suspect Employment Information**

☐ Student ☐ Homeless
Employer / School: SELF EMPLOYED
Occupation: RETIRED US ARMY
Work Phone:
Street Address:
City:
State:
Zip:
Country Code:
Hours of Employment:
Days Off:

**Details**

Hair Color: [redacted]
Hair Length: [redacted]
☐ Glasses
Eye Color: [redacted]
Build: THIN
Facial Hair: CLEAN SHAVEN
Facial Hair Color:
Voice: NOT UNUSUAL
Complexion: LIGHT
Teeth:

Clothing Description:
RED SHIRT, BLUE JEANS, GRAY SLIDES WITH WHITE SOCKS

Misc 1:

Misc 2:

Trademarks of Suspect:

Injury 1: | Injury 2: | Injury 3: | Injury 4: | Injury 5:

☐ Hospitalized
Hospital Facility:
Resident:

MO Panel

| | | |
|---|---|---|
| Entry Type | Entry Area | Entry Method |
| Entry Point | Exit Point | Target Area |
| Property Target 1 | Property Target 2 | Property Target 3 |
| Victim Target | Time of Day | Victim Activity |
| Action 1 on Victim | Action 2 on Victim | Action 3 on Victim |
| Action 1 to Premises | Action 2 to Premises | Action 3 to Premises |

PHOENIX POLICE DEPARTMENT (0723)

# Incident Report

| Incident Number | CFS Incident # |
|---|---|
| 202100001259393 | 202101259393 |
| Report Type: Incident Report | Page 3 of 7 |
| Date / Time Occurred: 08/13/2021 19:45 to | Date / Time Reported: 08/13/2021 21:12 |

| | | |
|---|---|---|
| Other Action 1 | Other Action 2 | Other Action 3 |
| Solicited Offered 1 | Solicited Offered 2 | Solicited Offered 3 |
| Weapon 1 | Weapon 2 | Weapon 3 |
| Weapon 1 Type | Weapon 2 Type | Weapon 3 Type |
| Weapon 1 Caliber | Weapon 2 Caliber | Weapon 3 Caliber |
| Weapon 1 Color | Weapon 2 Color | Weapon 3 Color |
| Arson | Precipitating Circumstance | Instrument Used |

Comments

## Gang Information

☐ Primary Gang | Primary Gang Name | Primary Gang Membership Info

Primary Gang Location Info | Rival Gang Name

Colors/Logos

☐ Secondary Gang | Secondary Gang Name | Secondary Gang Membership Info

Secondary Gang Location | Rival Gang Name

Colors/Logos

☐ Clothing or Colors ☐ Gang Tattoos ☐ Paraphernalia or Photographs ☐ Self Proclamation ☐ Witness Testimony/Statement ☐ Written/Electonic Correspondance

Other

## Guardian Information

☐ Guardian Notified | Guardian Notified By | Guardian Notified On

Guardian Of | Guardian Relationship

## Scars, Marks and Tattoos

Category:
SHOULDER, LEFT

Description
ON LEFT SHOULDER

Category:
ARM, LEFT UPPER

Description
SCAR FROM GUNSHOT WOUND

## Associated Offenses

Offense
DISORDERLY CONDUCT-FIGHTING

☑ Associated With Suspect

**VICTIM**

Victim Type
SOCIETY / PUBLIC

Name (Last, First Middle)
STATE OF ARIZONA

Suffix | Nickname | Race | Sex | SSN | Date of Birth | Age | Age Range to

Infant Type | Height | Weight | Driver's License # | DL State | Primary Language | Age At Time Of Incident

Will Prosecute? | Can Identify Suspect? | Victims' Rights Decision: VICTIM REQUESTS RIGHTS | Victims' Rights Pamphlet provided. ☐ Yes ☑ No | Consular Notified? | Place of Birth

Citizenship | Ethnicity | Marital Status | Preferred | Home Phone | Cell Phone

PHOENIX POLICE DEPARTMENT (0723)

# Incident Report

| Incident Number | CFS Incident # |
|---|---|
| 202100001259393 | 202101259393 |
| Report Type: Incident Report | Page 4 of 7 |
| Date / Time Occurred: 08/13/2021 19:45 to | Date / Time Reported: 08/13/2021 21:12 |

Email Address | Additional Email or Social Media Handle | Social Media Types

## Victim Home Address

| Street Address | | | |
|---|---|---|---|
| 620 W WASHINGTON ST | | | |
| City | State | Zip | Country Code |
| PHOENIX | ARIZONA | 85003 | UNITED STATES OF AMERICA (USA) |

## Employment Information

☐ Student ☐ Homeless | Employer / School | Occupation

College Name | On Campus ☐ Yes ☐ No | Work Phone | Hours of Employment

Street Address

City | State | Zip | Country Code

## Details

Hair Color | Eye Color | Build | Resident | Teeth

Injury 1 | Injury Description

Injury 2 | Injury 3 | Injury 4 | Injury 5

Victim Condition | Victim-Offender Code

A. Assault/Homicide ☐ Yes ☐ No | A. Assault/Homicide Circumstance 1 | A. Assault/Homicide Circumstance 2

Justifiable Homicide ☐ Yes ☐ No | Justifiable Homicide Circumstance

☐ Victim Hospitalized | Hospital Facility | Hospital Description

Under Influence Alcohol? ☐ Yes ☐ No ☐ Unknown | Under Influence Drugs? ☐ Yes ☐ No ☐ Unknown | DV Frame of Action | Domestic Violence Victim Transported ☐ Yes ☐ No

Violation of Protective Order ☐ Yes ☐ No | Cohabitant ☐ Yes ☐ No

## Gang Information

☐ Primary Gang | Primary Gang Name | Primary Gang Membership Info

Primary Gang Location Info | Rival Gang Name

Colors/Logos

☐ Secondary Gang | Secondary Gang Name | Secondary Gang Membership Info

Secondary Gang Location | Rival Gang Name

Colors/Logos

☐ Clothing or Colors ☐ Gang Tattoos ☐ Paraphernalia or Photographs ☐ Self Proclamation ☐ Witness Testimony/Statement ☐ Written/Electonic Correspondance

Other

## Guardian Information

☐ Guardian Notified | Guardian Notified By | Guardian Notified On

Guardian Of | Guardian Relationship

## Associated Offenses

PHOENIX POLICE DEPARTMENT (0723)

# Incident Report

| Incident Number | CFS Incident # |
|---|---|
| 202100001259393 | 202101259393 |
| Report Type: Incident Report | Page 5 of 7 |
| Date / Time Occurred: 08/13/2021 19:45 to | Date / Time Reported: 08/13/2021 21:12 |

Offense: DISORDERLY CONDUCT-FIGHTING

☐ Associated With Victim

OTHER PERSON — Person Type: WITNESS

Name (Last, First Middle): HODGE, ANNETTE MARIE

Suffix:

| Primary Language | Nickname | Race | Sex | SSN | Date of Birth | Age | Age Range |
|---|---|---|---|---|---|---|---|
| | | [redacted] | FEMALE | [redacted] | [redacted] 1967 | 54 | to |

| Height | Weight | Driver's License # | DL State | Can Identify Suspect? |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | ARIZONA | YES |

| Place of Birth | Citizenship | Ethnicity | Marital Status |
|---|---|---|---|
| ARIZONA | UNITED STATES OF AMERICA | NON-HISPANIC | |

ICE Contact Date | ICE Phone # | ICE Response

| Home Phone | Cell Phone | Email Address | Additional Email or Social Media Handle | Social Media Types |
|---|---|---|---|---|
| | [redacted] | | | |

## Other Person Home Address

Street Address: [redacted]

| City | State | Zip | Country Code |
|---|---|---|---|
| MERCED | CALIFORNIA | [redacted] | |

## Employment Information

☐ Student ☐ Homeless

Employer / School: AMERICAN AIRLINES

Occupation: GATE MANAGER

Street Address: 4000 E SKY HARBOR BLVD

| City | State | Zip | Country Code |
|---|---|---|---|
| PHOENIX | ARIZONA | 85034 | |

## Details

| Work Phone | Hours of Employment | Hair Color | Hair Length | Glasses |
|---|---|---|---|---|
| 800-433-7300 | VARY | [redacted] | [redacted] | ☐ |

| Eye Color | Build | Facial Hair | Voice | Complexion |
|---|---|---|---|---|
| [redacted] | | | | |

Resident | Teeth

## Gang Information

☐ Primary Gang | Primary Gang Name | Primary Gang Membership Info

Primary Gang Location Info | Rival Gang Name

Colors/Logos

☐ Secondary Gang | Secondary Gang Name | Secondary Gang Membership Info

Secondary Gang Location | Rival Gang Name

Colors/Logos

☐ Clothing or Colors ☐ Gang Tattoos ☐ Paraphernalia or Photographs ☐ Self Proclomation ☐ Witness Testimony/Statement ☐ Written/Electonic Correspondance

Other

## Guardian Information

☐ Guardian Notified | Guardian Notified By | Notified Method | Guardian Notified On

Guardian Of | Guardian Relationship

Narrative Information

ON AUGUST 13TH, 2021 AT 1917 HOURS, I RESPONDED TO AN EMERGENCY CALL OF A FIGHT IN PROGRESS ONBOARD AN AIRCRAFT (AA FLIGHT #2391) AT GATE A20 OF TERMINAL 4 WITHIN PHOENIX SKY HARBOR INTERNATIOAL AIRPORT LOCATED AT 3800 EAST SKY HARBOR BLVD. OFFICERS BLANC #[redacted] AND COTTRELL #[redacted]


ALSO WERE ENROUTE TO THE CALL TO INVESTIGATE.

AVAITION DISPATCHER CONTINUED TO UPDATED INFORMATION ABOUT THE CALL ADVISING THAT THERE WAS A MALE SUBJECT WHO WAS PHYSICAL WITH STAFF ON BOARD THE AIRCRAFT. THE DISPATCHER NOTED THE ALTERCATION NOW HAD MOVED INTO THE JETWAY BRIDGE OF THE GATE. THE DISPATCHER RELAYED THAT AMERICAN AIRLINES WAS RESQUESTING FOR OFFICERS TO "STEP IT UP." THIS WAS REPEATED AT LEAST TWO MORE TIMES AS I WAS HEADING TO THE CALL ON FOOT. THIS PHRASE IS OFTEN USED OVER THE POLICE RADIO WHEN THERE IS A PHYSICAL FIGHT IN PROGRESS OR WHEN AN OFFICER IS REQUESTING BACK UP IMMEDIATELY DUE TO A VIOLENT CONFRONTATION.

AS I ARRIVED TO THE GATE AREA, I SAW OFFICER BLANC POINTING TOWARDS A WHITE MALE SUBJECT STANDING OFF BY HIMSELF ACROSS FROM THE GATE IN APPEARED TO ME TO BE IN AN AGGITATED STATE. THE MALE WAS THROWING HIS ARMS UP AND YELLING SOMETHING I COULD NOT MAKE OUT AS HE TOOK SHORT PACED STEPS BACK AND FORTH. OFFICER BLANC ADVISED THIS MALE WAS THE SUBJECT INVOLVED IN OUR PHYSICAL FIGHT. AS I GOT CLOSER TO HIM THE MALE I COULD HEAR HIM YELLING, "YEAH I'M THE ONE. COME ON. I'M THE ONE YOU WANT." THE AREA WAS HEAVILY CONGESTED WITH PASSENGERS WAITING FOR FLIGHTS AND WALKING TO VARIOUS GATES.

I APPROACHED THE MALE, WHO WAS LATER IDENTIFIED AS SEAN BENNETT. HE QUICKLY STATED, "DON'T TOUCH ME OR WE'RE GOING HAVE A PROBLEM." I RESPONDED BY SAYING "CALM DOWN, WHAT IS GOING ON?" WHEN I DID I PLACED MY LEFT HAND ON TOP OF HIS SHOULDER WHILE MAKING DIRECT EYE CONTACT WITH HIM ATTEMPTING TO SETTLE HIM DOWN. HE HAD BEEN PACING AROUND AND I WAS TRYING TO GET HIM TO STAND STILL SO WE COULD CONVERSE. SEAN PULLED BACK AND SAID, "HEY DON'T TOUCH ME!" I REPLIED THAT I CAN TOUCH HIM AS HE WAS BEING DETAINED FOR AN ASSAULT INVESTIGATION. SEAN HAD NOW TAKEN A STEP INWARD TOWARDS ME AND WAS WITHIN 18 INCHES FROM MY FACE. I COULD SMELL THE ODOR OF ALCOHOL EMITTING FROM HIS BREATH. HE THREW HIS HANDS AND ARMS UPWARD IN AIR YELLING AT ME, "I DIDN'T ASSAULT ANYONE SO DON'T TOUCH ME." I GRAB ON TO SEAN'S LEFT SHOULDER WITH MY RIGHT HAND AND TOLD HIM TO "STOP, STEP BACK" AS HE CONTINUED TO FLAIL HIS ARMS AROUND. WHEN I DID SEAN YELLED "LET'S GO!" AT THAT INSTANT, I BELIEVED HE WAS GOING TO BECOME PHYSICALLY VIOLENT. I DID NOT WANT HIM ASSAULTING ME OR OTHER PASSENGERS WHO WALKING BY US AT THIS TIME. I QUICKLY GRABBED HIM BY FRONT OF HIS SHIRT NEAR HIS ARMPITS AND REDIRECT HIS FORWARD MOVEMENTS AROUND TO MY LEFT. I WENT TO USE A LEG SWEEP AND GUIDE HIM ONTO THE GROUND. IN THIS POSITION HE WOULD NO LONGER BE ABLE TO MOVE AROUND FREELY. WHEN I DID I TOLD HIM TO "GET ON THE GROUND." I LOST MY FOOTING DURING THE LEG SWEEP AND WENT TO THE GROUND WITH SEAN. I QUICKLY GRABBED AHOLD OF SEAN AND PULLED HIM INTO ME TIGHTLY IN A "GUARD" POSITION. SEAN WAS NOW ON TOP OF ME AS I WAS USING MY BODY WEIGHT TO PREVENT HIM FROM RETURNING TO HIS FEET. IN THIS HOLD I FELT SEAN COULD NO LONGER USE HIS ARMS OR LEGS AS USING MINE TO WRAP HIM UP. I SAW THAT OFFICER COTTRELL WAS STANDING OVER US AND I ASKED HIM TO HANDCUFF SEAN BEFORE I WOULD LET GO.

WHILE HOLDING ONTO SEAN I COULD HEAR HIM SAYING, "I'M NOT FIGHTING SIR. I'M GOOD. I'LL STOP. I'M NOT GOING TO FIGHT SIR." I COULD FEEL SEAN BODY START TO RELAX ALLOWING FOR RESPONDING OFFICERS TO HANDCUFF HIM. WE BOTH THEN RETURNED TO OUR FEET. SEAN WAS ESCORTED OUT TO A PATROL VEHICLE ON THE AIRSIDE. HE WAS CHECKED OVER AND DID NOT APPEAR TO HAVE ANY INJURIES. I ASKED SEAN IF WAS HURT AND ADVISED HE WAS NOT. HE INSISTED HE DID NOT ASSAULT ANYONE AND THAT HE WAS A "WAR HERO AND WE SHOULD BE ASHAMED." SEAN WAS COMPLAINING ABOUT MISSING A LEFT BICEP AND ASKED FOR HIS HANDCUFFS TO BE ADJUSTED. I COMPLIED AND REPOSITION THEM TO POINT HE FELT COMFORTABLE ENOUGH TO SIT INSIDE THE PATROL CAR. HE WAS PLACED INTO THE BACK OF A TAHOE WITH THE A/C RUNNING TO COOL DOWN. OFFICER PERU # AND I TRANSPORTED HIM OVER TO THE TERMINAL 4 OFFICE FOR FURTHER PROCESSING.

SEAN'S BEHAVIOR HAD SETTLED DOWN IMMENSELY AND WE WERE ABLE TO COMMUNICATE ABOUT WHAT HAD OCCURRED. SEAN DID ADMIT TO HAVING A FEW DRINKS PRIOR TO THE FLIGHT BOARDING, BUT EXPRESSED HE WAS NOT INTOXICATED. SEAN TOLD ME THAT A FLIGHT ATTENDANT FLYING STAND BY APPROACHED HIM AND ASK THAT HE MOVE TO COACH. SHE WANTED HIS FIRST CLASS SEAT. WHEN HE REFUSED SHE WENT TO GET ANOTHER "LARGER" FLIGHT ATTENDANT ON BOARD THE AIRCRAFT. SHE APPROACHED HIM DEMANDING HE MOVE. HE IGNORED THEM AND PUT HIS HEADPHONES ON AS THEY YELLED AT HIM. HE EVENTUALLY GOT UP AND MOVED TO THE BACK OF THE AIRCRAFT. THE STAFF WAS STILL NOT HAPPY AND TOLD HIM HE WAS BEING DENIED BOARDING



AND NEEDED TO EXIT THE PLANE IMMEDIATELY. THEY WERE NOW ARGUING IN THE PLANE WHEN ANOTHER PASSENGER WHICH HE DESCRIBED AS A YOUNG MILITARY SOLDIER PUT HIS ARM AROUND HIM HELPED WALK HIM UP THE JETWAY OUT THE GATE DOOR. HE DESCRIBED THE GATE PERSONAL AS EXTREMELY RUDE AND DEMEANING TOWARDS HIM. HE DID ADMIT THAT THIS TREATMENT TOWARDS HIM AGGITATED HIM, AND HE WAS WORKED UP WHEN I APPROACHED HIM. HE RELAYED THAT HE WAS NOT UPSET WITH POLICE AND UNDERSTOOD WHY HE WAS BEING DETAINED. HE TOLD ME HE NEVER HAD ANY INTENTIONS OF FIGHTING WITH ME BUT COULD SEE WHY HIS BODY LANGUAGE WAS MISINTERPRETED AS ACT OF AGGRESSION. HE EXPLAINED HIS SERVICE IN THE UNITED STATES ARMY AND HIS CITATIONS FOR AWARDS EARNED IN COMBAT. HIS ONLY DESIRE NOW WAS TO RETURN HOME TO ALASKA WITH HIS FAMILY.

OFFICER BLANC INFORMED ME THE PLANE WITH THE INVOLVED PARTIES HAD ALREADY LEFT PRIOR TO OUR ARRIVAL AND THAT THE ONLY SUBJECT LEFT FOR HIM TO INTERVIEW WAS THE GATE MANAGER, ANNETTE HODGE, WHO ONLY SAW THE AFTERMATH OF THE INCIDENT. HE COMPLETED A SUPPLEMENTAL REPORT WITH HER INTERVIEW AND HIS OBSERVATIONS. OFFICER COTTRELL TRACKED DOWN THE AUDIO RECORDINGS OF AIRCRAFT'S CAPTAIN TO THE AMERICAN AIRLINES CONTROL TOWER ALONG WITH THE PHONE CALL FROM THAT STAFF TO THE AVIATION EMERGENCY LINE IN ORDER TO SHOW THE FLOW OF INFORMATION AS HOW IT WAS DISPATCHED TO RESPONDING OFFICERS. I UPLOADED THESE AUDIO FILES TO THIS REPORT UNDER THE PHOENIX POLCE DEPARTMENTS "EVIDENCE UPLOAD" SOFTWARE PROGRAM. I ATTACHED A SCREENSHOT PICTURE OF THE AVAITION DISPATCHER NOTES FOR THE CALL AND UPLOADED IT TO SAME SOFTWARE PROGRAM.

ALL OF THIS INFORMATION WAS RELAYED TO SERGEANT NICKEL [redacted] FOR REVIEW. THE DECISION WAS MADE TO SUBMIT THIS REPORT FOR REVIEW AND RELEASE SEAN FROM POLICE DETENTION. SEAN WAS ASSISTED IN BOOKING A TICKET TO ALASKA WITH A DIFFERENT AIRLINES FOR THE NEXT DAY AS WELL AS A COURTESY TRANSPORT TO NEARBY A LOCAL MOTEL.

FOR FURTHER INFORMATION PLEASE REVIEW THE AUDIO FILES AND ALL OTHER SUPPLEMENTAL REPORTS.

NFI
DENHAM #[redacted]

Public Narrative