# EXHIBIT G

1  Patrick J. Kearns (*Admitted Pro Hac Vice*)
2  Taylor Allin (AZ Bar No. 031834)
   Sarena L. Kustic (*Admitted Pro Hac Vice*)
3  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
4  2231 East Camelback Road, Suite 200
5  Phoenix, Arizona 85016
   Telephone: (480) 562-3660
6  Facsimile: (480) 562-3659
7  Email: Patrick.Kearns@wilsonelser.com
           Taylor.Allin@wilsonelser.com
8          Sarena.Kustic@wilsonelser.com

9  *Attorneys for Defendant, American Airlines, Inc.*

10              **UNITED STATES DISTRICT COURT**
11              **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 12  Sean Bennett, an individual, | Case No. 2:23-cv-02425-ROS--DMF |
| 13           Plaintiff, | **DECLARATION OF ANNETTE EDMONDS-HODGE IN SUPPORT OF DEFENDANT AMERICAN AIRLINES' MOTION FOR SUMMARY JUDGMENT** |
| 14  vs. | |
| 15 | |
| 16  City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23           Defendant(s). | |
| 24 | |

25

26       I, Annette Edmonds-Hodge, declare as follows:

27       1.    On August 13, 2021, I was employed by American Airlines as a

28  Ground Situation Coordinator at the Phoenix Airport and was present at Gate A20

1
DECLARATION OF ANNETTE EDMONDS-HODGE IN SUPPORT OF AMERICAN AIRLINES' MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-02425-ROS--DMF

1  for American Airlines Flight 2391 from Phoenix, AZ, to Anchorage, AK. I submit
2  this declaration in support of American Airlines' Motion for Summary Judgment. I
3  am personally familiar with the facts set forth herein. If called upon to testify in this
4  action, I can and will testify competently as follows:

5       2.    On August 13, 2021, I was employed by American Airlines as a
6  Ground Station Coordinator at the Phoenix Sky Harbor International Airport.

7       3.    I was called to Gate A-20 due to an unruly male passenger who would
8  not wear his mask and yelled about having killed people before onboard American
9  Airlines Flight 2391 from Phoenix, AZ, to Anchorage, AK.

10      4.    The flight crew advised the man that he needed to exit the aircraft, and
11 the man began rebelling against deplaning. Another passenger eventually guided the
12 man off the aircraft.

13      5.    Thereafter, I observed the man kick open the door separating the jetway
14 bridge and the gate area at Gate A20. The man appeared angry and began yelling as
15 soon as he entered the boarding area.

16      6.    The man approached myself and my colleague, Jeff Ferrari, and made
17 threatening remarks. The man's fists were balled up as if he were preparing to hit
18 someone.

19      7.    I felt threatened and feared for my safety as a result of the man's
20 combative and aggressive behavior.

21      8.    Eventually, the man walked away from the boarding area of Gate A20
22 and towards the Admiral's Club across from the gate where I observed law
23 enforcement officers approach him.

24 / / /
25 / / /
26 / / /
27
28

2
DECLARATION OF ANNETTE EDMONDS-HODGE IN SUPPORT OF AMERICAN AIRLINES' MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-02425-ROS--DMF

9. The man I observed exhibiting combative behavior at Gate A-20 after exiting American Airlines Flight 2391 on August 13, 2021, was Plaintiff Sean Bennett.

I declare under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct.

Executed this ____12/12/2025____ day of December 2025, in ____Phoenix____(City), ____Az____(State).

Signed by:
Annette Edmonds-Hodge
7BB70E3EB92F4AB...