# EXHIBIT I

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUESTS FOR ADMISSION**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

Through counsel undersigned and pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Sean Bennett ("Plaintiff") hereby responds to the Requests for Admission ("RFAs") propounded upon him by Defendant American Airlines, Inc. ("American Airlines") as follows:

**RFA 1: Admit YOU lived in Alaska from 2005 to 2024.**

**RESPONSE:** Admit. Plaintiff was stationed in and outside Alaska since 2005. Plaintiff lived in Alaska during the summer months during that timeframe, but in the "Lower 48" during the winter.

**RFA 2: Admit YOU moved to Oklahoma in 2024.**

**RESPONSE:** Admit because Plaintiff needed medically necessary care unavailable to him in Alaska.

**RFA 3: Admit YOU consumed alcohol on August 13, 2021, prior to the INCIDENT.**

**RESPONSE:** Admit that Plaintiff consumed one beer in his first class seat on the leg prior to the Incident from Chicago to Phoenix.

**RFA 4: Admit YOU consumed prescription drugs on August 13, 2021, prior to the INCIDENT.**

**RESPONSE:** Deny.

**RFA 5: Admit that YOU were chewing tobacco while onboard the SUBJECT AIRCRAFT.**

**RESPONSE:** Deny.

**RFA 6: Admit that YOU were not properly wearing YOUR mask through the duration of**

**time in which YOU were onboard the SUBJECT AIRCRAFT.**

**RESPONSE:** Deny.

**RFA 7: Admit that the flight crew had to tell you multiple times to put YOUR mask on while onboard the SUBJECT AIRCRAFT.**

**RESPONSE:** Deny.

2

**RFA 8:** **Admit that, when you boarded the SUBJECT AIRCRAFT, YOU sat in seat 27D.**

**RESPONSE:** Deny. Plaintiff sat in his assigned seat.

**RFA 9:** **Admit that YOUR preselected seat for the SUBJECT AIRCRAFT was 27B.**

**RESPONSE:** Admit.

**RFA 10:** **Admit that, at the time the flight attendant asked YOU to move seats, YOU were not sitting in the seat YOU had preselected/purchased.**

**RESPONSE:** Deny.

**RFA 11:** **Admit that, while onboard the SUBJECT AIRCRAFT, YOU loudly announced to everyone that YOU had "killed people before."**

**RESPONSE:** Deny. Plaintiff merely referenced his distinguished military career.

**RFA 12:** **Admit that, while a flight attendant was attempting to conduct the pre-departure safety briefing, onboard the SUBJECT AIRCRAFT, YOU yelled "get on with your speech."**

**RESPONSE:** Deny.

**RFA 13:** **Admit that other passengers yelled for you to get off the SUBJECT AIRCRAFT on August 13, 2021.**

**RESPONSE:** Deny. Plaintiff recalls passengers yelling, but only because the Flight Attendant came screaming at Plaintiff that she would deboard the entire flight.

**RFA 14:** **Admit that, as YOU exited the SUBJECT AIRCRAFT, on August 13, 2021, another passenger told YOU "that could have got really bad."**

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

**RESPONSE:** Deny. Plaintiff told the other service member who approached him "thank you" and "That could have gone worse".

**RFA 15:** **Admit that no American Airlines employee physically touched YOU on August 13, 2021.**

**RESPONSE:** Admit. However, Plaintiff was blocked by a Flight Attendant and could not physically fit around the FA until the other service member created space for Plaintiff.

**RFA 16:** **Admit that failure to comply with flight crew instructions can pose a safety risk for everyone on board a flight.**

**RESPONSE:** Admit.

**RFA 17:** **Admit that, on August 13, 2021, YOU were required by law to comply with the flight crew's instructions while onboard the SUBJECT AIRCRAFT.**

**RESPONSE:** Admit.

**RFA 18:** **Admit YOU did not suffer any physical injury while onboard the SUBJECT AIRCRAFT.**

**RESPONSE:** Admit.

**RFA 19:** **Admit YOU did not suffer any physical injury while exiting the SUBJECT AIRCRAFT on August 13, 2025.**

**RESPONSE:** Admit.

**RFA 20:** **Admit YOU did not have any physical interactions with any American Airlines employee after deplaning SUBJECT AIRCRAFT and exiting the jet bridge, on August 13, 2021.**

**RESPONSE:** Admit.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RFA 21:** **Admit the officers who approached YOU, after YOU exited the SUBJECT AIRCRAFT on August 13, 2025, were wearing police uniforms.**

**RESPONSE:** Admit

**RFA 22:** **Admit YOU flew on a commercial flight from Phoenix to Alaska on August 14, 2021.**

**RESPONSE:** Admit

**RFA 23:** **Admit no government agency ever told YOU that YOU were placed on a "Federal No Fly List" on or after August 13, 2021.**

**RESPONSE:** Admit – However, Plaintiff was told by American Airlines that he would be put on the federal do not fly list. Plaintiff spent considerable amount of time trying to determine this fact, without confirmation. He was told to just show up at the airport and see if TSA would stop him.

**RFA 24:** **Admit no American Airlines employee ever told YOU that YOU were placed on a "Federal No Fly List" on or after August 13, 2021.**

**RESPONSE:** Deny.

**RFA 25:** **Admit YOU were never placed on a "Federal No Fly List" on or after August 13, 2021.**

**RESPONSE:** Can neither admit nor deny. See Responses to RFAs 23-24.

**RFA 26:** **Admit YOU were not denied service by any airline, other than American Airlines, on or after August 13, 2021.**

**RESPONSE:** Objection. Parties are limited to 25 RFAs. See August 12, 2024 Case Management Order (Doc 28).

**RFA 27:** **Admit YOU have no evidence that American Airlines ever labeled YOU as a "terrorist" on or after August 13, 2021.**

**RESPONSE:** Objection. Parties are limited to 25 RFAs. See August 12, 2024 Case Management Order (Doc 28).

**RFA 28:** **Admit YOU sustained two traumatic brain injuries prior to August 13, 2021.**

**RESPONSE:** Objection. Parties are limited to 25 RFAs. See August 12, 2024 Case Management Order (Doc 28).

**RFA 29:** **Admit none of YOUR physicians attribute YOUR stroke in 2023 to the INCIDENT.**

**RESPONSE:** Objection. Parties are limited to 25 RFAs. See August 12, 2024 Case Management Order (Doc 28).

**RFA 30:** **Admit the officers involved in the INCIDENT were not employees or agents of American Airlines.**

**RESPONSE:** Objection. Parties are limited to 25 RFAs. See August 12, 2024 Case Management Order (Doc 28).

**RFA 31:** **Admit the officers involved in the INCIDENT were employed by the City of Phoenix.**

**RESPONSE:** Objection. Parties are limited to 25 RFAs. See August 12, 2024 Case Management Order (Doc 28).

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 8th day of October 2025.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 N 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, I electronically transmitted the foregoing document to the following via email:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
emilee.staley@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

      */s/ Ben Dangerfield*