# EXHIBIT J

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>    Plaintiff,<br><br>  vs<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan a married couple,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:23-cv-02425-ROS-DMF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

VIDEOTAPED DEPOSITION OF OFFICER TODD BLANC

Phoenix, Arizona
May 29, 2025
1:11 p.m.

REPORTED BY:

Susan A. Grenz, RPR
Certified Reporter
Certificate No. 50720

Officer Todd Blanc, 5/29/2025

```
1          THE VIDEOTAPED DEPOSITION OF OFFICER TODD BLANC
2   was taken on May 29, 2025, commencing at 1:11 p.m. with
3   the witness appearing at the offices of Jones, Skelton &
4   Hochuli, 40 North Central Avenue, Suite 2700, Phoenix,
5   Arizona, taken before Susan A. Grenz, a Certified Court
6   Reporter in the State of Arizona, via Zoom
7   videoconference.
8   APPEARANCES:
9           For the Plaintiff:
10              MILLS + WOODS LAW, PLLC
                By:  Sean A. Woods, Esq.
11              5055 North 12th Street
                Suite 101
12              Phoenix, Arizona 85014
                swoods@millsandwoods.com
13              (Appeared via videoconference)
14          For the Defendant American Airlines, Inc.:
15              WILSON, ELSER, MOSKOWITZ, EDELMAN &
                DICKER LLP
16              By:  Patrick J. Kearns, Esq.
                2231 East Camelback Road
17              Suite 200
                Phoenix, Arizona 85016
18              patrick.kearns@wilsonelser.com
                (Appeared via videoconference)
19
            For the Defendant Todd Blanc:
20
                JONES, SKELTON & HOCHULI, PLC
21              By:  Brian J. Ripple, Esq.
                40 North Central Avenue
22              Suite 2700
                Phoenix, Arizona 85004
23              bripple@jshfirm.com
                (Appeared via teleconference)
24
            Also Present:  Jesus Arellano-Ortiz, Videographer
25                         (Appeared via teleconference)
```

**2**

Officer Todd Blanc, 5/29/2025

| | | |
|---|---|---|
| 1 | investigation. | 01:41:02 |
| 2 | A. Nothing that I was aware of. | 01:41:04 |
| 3 | Q. Okay. Do you recall ever talking to any of the | 01:41:06 |
| 4 | other officers and gathering any additional information | 01:41:11 |
| 5 | that would give you insight into what happened on the | 01:41:14 |
| 6 | flight before the incident? | 01:41:16 |
| 7 | A. No. | 01:41:20 |
| 8 | Q. Is there specific training that you have to go | 01:41:32 |
| 9 | through once you -- or maybe beforehand -- but once you | 01:41:35 |
| 10 | get the airport job, do you have to go through a new or | 01:41:40 |
| 11 | different type of training that somehow relates to the | 01:41:44 |
| 12 | specifics of working inside the airport environment? | 01:41:48 |
| 13 | A. There's orientation, training. There's some | 01:41:51 |
| 14 | specialty training for how to deal with instances on an | 01:41:53 |
| 15 | aircraft -- | 01:41:57 |
| 16 | Q. Sure. | 01:41:59 |
| 17 | A. -- but nothing -- I mean, I'm still a police | 01:42:00 |
| 18 | officer so the police training is still in effect. | 01:42:03 |
| 19 | Q. Sure, yeah, of course. | 01:42:05 |
| 20 | ==That training, I'm assuming -- you know, I'm== | 01:42:11 |
| 21 | ==assuming that a police officer undergoes training, you== | 01:42:11 |
| 22 | ==received training on how to assess the situations you== | 01:42:13 |
| 23 | ==encounter, how to assess body language, threats,== | 01:42:18 |
| 24 | ==reactions, things like that?== | 01:42:20 |
| 25 | ==A. Yes.== | 01:42:23 |

30

Officer Todd Blanc, 5/29/2025

| | | |
|---|---|---|
| 1 | Q.   I assume police officers are trained to | 01:42:24 |
| 2 | evaluate a situation in order to act -- react | 01:42:27 |
| 3 | appropriately, not to overreact, correct? | 01:42:28 |
| 4 | A.   Correct. | 01:42:33 |
| 5 | Q.   I have to assume that officers are trained to | 01:42:33 |
| 6 | use physical force to subdue a subject if it's necessary, | 01:42:38 |
| 7 | given the situation, or if they're noncompliant? | 01:42:41 |
| 8 | A.   Yes. | 01:42:42 |
| 9 | Q.   Okay.  You have to make those decisions -- as | 01:42:45 |
| 10 | an officer, you have to make those decisions based on | 01:42:49 |
| 11 | what you see under the circumstances. | 01:42:52 |
| 12 |      Isn't that true? | 01:42:52 |
| 13 | A.   Yes. | 01:42:54 |
| 14 | Q.   At the end of your -- at the end of your | 01:43:09 |
| 15 | report -- you know, in hindsight I should have kept it | 01:43:13 |
| 16 | up. | 01:43:18 |
| 17 |      At the end of your report, the last section here | 01:43:18 |
| 18 | says, "For further details regarding this incident refer | 01:43:26 |
| 19 | to the original report and any other supplements." | 01:43:28 |
| 20 |      And I'm aware that there are -- that | 01:43:34 |
| 21 | supplemental reports exist, right?  But do you know, is | 01:43:34 |
| 22 | that just standard language you use, or did you have the | 01:43:40 |
| 23 | original, or are you referring to another -- do you know | 01:43:44 |
| 24 | what this means. | 01:43:47 |
| 25 | A.   I had a -- my report is considered a supplement | 01:43:48 |

31

Officer Todd Blanc, 5/29/2025

```
 1   Officer Blanc.                                              01:53:44
 2              THE WITNESS:  Thank you, sir.                    01:53:45
 3              MR. KEARNS:  Officer, I just have a couple       01:53:47
 4   follow ups just based on counsel's questions.               01:53:48
 5                    FURTHER EXAMINATION                        01:53:51
 6   BY MR. KEARNS:                                              01:53:51
 7       Q.   You indicated that a call for a physical fight     01:53:51
 8   would be more urgent just a moment ago, correct?            01:53:55
 9       A.   Yes.                                               01:53:59
10       Q.   Okay.  Would you agree that despite the level      01:54:01
11   of urgency, urgent to me means you got to get there         01:54:04
12   faster, right.  But despite the level of urgency, when      01:54:06
13   you arrive at any incident, you are still individually      01:54:06
14   and independently doing an assessment of the                01:54:06
15   circumstances that you're confronted with, correct?         01:54:19
16       A.   Yes.                                               01:54:22
17       Q.   So if you have an urgent call and you arrive       01:54:22
18   somewhere and everything is calm, the fact that the call    01:54:25
19   was urgent doesn't necessarily dictate what you do next.    01:54:30
20            Would you agree with that?                         01:54:33
21       A.   It shifts my attention.                            01:54:35
22       Q.   Sure, sure.                                        01:54:39
23            But it wouldn't necessarily mean you would use     01:54:41
24   force even when it was unnecessary just because the call    01:54:43
25   was urgent.  Agree?                                         01:54:47
```

40

Officer Todd Blanc, 5/29/2025

```
 1      A.   Oh, correct.                                   01:54:49
 2      Q.   I mean, if you heard that two --               01:54:51
 3 hypothetically, if you heard that two women were fighting 01:54:51
 4 and you sprinted over and it was, in fact, two elderly    01:54:51
 5 ladies yelling at each other from across the room, the    01:54:51
 6 fact that you heard they were fighting wouldn't           01:55:05
 7 necessarily make you run and tackle one of them?          01:55:07
 8      A.   No, sir.                                        01:55:10
 9           MR. WOODS:  Form.                               01:55:11
10 BY MR. KEARNS:                                            01:55:11
11      Q.   You indicated you had looked over -- and I like 01:55:12
12 the word that you used.  I think I used "scuffle," but    01:55:16
13 you said there was a struggle and they were either going  01:55:17
14 to the ground or on the ground when you -- when you saw   01:55:21
15 it, right?                                                01:55:25
16      A.   Yes.                                            01:55:25
17      Q.   Okay.  Generally speaking, would you agree that 01:55:27
18 an officer wouldn't or shouldn't at least physically      01:55:27
19 subdue an individual if they are otherwise compliant and  01:55:32
20 nonthreatening?                                           01:55:34
21      A.   Correct.                                        01:55:37
22      Q.   Does the struggle that you saw Officer Denham   01:55:37
23 in with Mr. Bennett, does that suggest to you that        01:55:41
24 Mr. Bennett was in some fashion noncompliant or           01:55:44
25 threatening to Officer Denham?                            01:55:44
```

41

43

```
 1   STATE OF ARIZONA    )
                         )  SS
 2   COUNTY OF MARICOPA  )

 3              BE IT KNOWN that the foregoing videotaped
 4   deposition proceedings were taken before me; that the
 5   witness before testifying was duly sworn by me to testify
 6   to the whole truth; that reading and signing the
 7   deposition transcript was waived; that the foregoing pages
 8   are a full, true, and accurate record of the proceedings,
 9   all done to the best of my skill and ability; that the
10   proceedings were taken down by me in shorthand and
11   thereafter reduced to print under my direction.
12              I CERTIFY that I am in no way related to any of
13   the parties hereto nor am I in any way interested in the
14   outcome hereof.
15              Dated at Phoenix, Arizona, this 3rd day of June,
16   2025.

17                         _____
18                              Susan A. Grenz, RPR, CRR
                                   Certified Reporter
19                               Arizona CCR No. 50720
20
21
22
23
24
25
```