1  Patrick J. Kearns (*Admitted Pro Hac Vice*)
2  Taylor Allin (AZ Bar No. 031834)
   Sarena L. Kustic (*Admitted Pro Hac Vice*)
3  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
4  2231 East Camelback Road, Suite 200
5  Phoenix, Arizona 85016
   Telephone: (480) 562-3660
6  Facsimile: (480) 562-3659
7  Email: Patrick.Kearns@wilsonelser.com
         Taylor.Allin@wilsonelser.com
8        Sarena.Kustic@wilsonelser.com

9  *Attorneys for Defendant, American Airlines, Inc.*

10              **UNITED STATES DISTRICT COURT**

11              **FOR THE DISTRICT OF ARIZONA**

12 Sean Bennett, an individual,                  )  Case No.  2:23-cv-02425-ROS--DMF
                                                 )
13                         Plaintiff,            )  **NOTICE OF SERVICE OF**
                                                 )  **DEFENDANT'S SECOND**
14                                               )  **SUPPLEMENTAL DISCLOSURES**
15      vs.                                      )  **STATEMENT**
                                                 )
16 City of Phoenix, a governmental entity;       )
17 American Airlines, Inc., a foreign            )  Honorable Judge: Roslyn O. Silver
   corporation; Officer Joel Cottrell and Jane  )  Magistrate Judge: Deborah M. Fine
18 Doe Cottrell, a married couple; Officer       )
19 Benjamin Denham and Jane Doe                  )
   Denham, a married couple; Officer Todd        )
20 Blanc and Jane Doe Blanc, a married           )
21 couple; Officer Peru and Jane Doe Peru, a     )
   married couple; Sergeant Hogan and Jane       )
22 Doe Hogan, a married couple;                  )
                                                 )
23                                               )
                           Defendant(s).         )
24 _____        )

25 / / /

26 / / /

27 / / /

28 / / /

1    Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")

2    through its counsel of record herein, hereby notifies the Court that Defendant served

3    its Second Supplemental Disclosures Statement on counsel of record for Plaintiff,

4    Sean Bennett via email on January 5, 2026.

5                              Respectfully submitted,

6
     Dated: January 6, 2025
7
                                     By:    /s/ Patrick Kearns
8                                           Patrick J. Kearns, Esq.
                                            Taylor Allin, Esq.
9                                           Sarena L. Kustic, Esq.
                                            *Attorneys for Defendant, American*
10                                          *Airlines, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SERVICE OF DEFENDANT'S SECOND SUPPLEMENTAL DISCLOSURES STATEMENT**
Case No.  2:23-cv-02425-ROS--DMF

327615771v.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 6th day of January 2026, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: January 6, 2026

By:    _/s/ Patrick Kearns_
        Patrick J. Kearns, Esq.
        Attorneys for Defendant, _American Airlines, Inc._

**NOTICE OF SERVICE OF DEFENDANT'S SECOND SUPPLEMENTAL DISCLOSURES STATEMENT**
Case No.  2:23-cv-02425-ROS--DMF

327615771v.1