Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>  Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby jointly and respectfully move for a two-week extension of the time within which Plaintiff Sean Bennett ("Plaintiff") must file his Response to Defendant American Airlines, Inc.'s ("Defendant's") Motion for Summary Judgment, ECF No. 65 (the "MSJ"), until no later than February 4, 2026, with an equal extension of time for Defendant's Reply Memorandum as set forth in Local Rule 56.1(d).  No previous extension of these time periods has been requested or granted.

Good cause exists for same. During the thirty-day period following the filing of the MSJ, in addition to the busy Holiday Season, Plaintiff's counsel has unfortunately experienced multiple bouts of sickness necessitating office absence. He also has a deposition in another matter to defend today, the current due date for the Response.

In light of the foregoing, the parties respectfully move that the time period within which Plaintiff must file his Response to the MSJ be extended until no later than February 4, 2026, and the time frame for Defendant's reply memorandum be equally extended to March 5, 2026, in accordance with the [Proposed] Order attached hereto.

**RESPECTFULLY SUBMITTED** this 21st day of January 2026.

**MILLS + WOODS LAW, PLLC**

By  /s/ Sean A. Woods
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By  /s/ Sarena Kustic (w/ permission)
Patrick J. Kearns, Esq.
Taylor Allin, Esq.
Sarena Kustic, Esq.
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
emilee.staley@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

          */s/ Ben Dangerfield*