Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>    Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

THE COURT, having reviewed the "Stipulated Motion for Extension of Time to File Response and Reply to Motion for Summary Judgment" (the "Stipulation"), and good cause appearing therefore, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

(1) Plaintiff shall file his Response to Defendant American Airlines' Motion for Summary Judgment, Or, Alternatively, Summary Adjudication, ECF No. 65, no later than February 4, 2026; and

(2) Defendant shall file its Reply Memorandum no later than March 5, 2026.

1 **IT IS SO ORDERED**.