# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, | No. CV-23-02425-PHX-ROS (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion for Extension of Time to File Response and Reply to Motion for Summary Judgment (Doc. 68), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion for Extension of Time to File Response and Reply to Motion for Summary Judgment (Doc. 68).

**IT IS FURTHER ORDERED** that Plaintiff shall file his Response to Defendant American Airlines' Motion for Summary Judgment, Or, Alternatively, Summary Adjudication no later than **February 4, 2026**.

**IT IS FURTHER ORDERED** that Defendant shall file its Reply Memorandum no later than **March 5, 2026**.

Dated this 22nd day of January, 2026.

_____
Honorable Deborah M. Fine
United States Magistrate Judge