Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>　　　　　　Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT AND TO ENGAGE IN SETTLEMENT TALKS**<br><br>(2nd Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

　　　Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby jointly and respectfully move for a one week extension of the time within which Plaintiff Sean Bennett ("Plaintiff") must file his Response to Defendant American Airlines, Inc.'s ("Defendant's") Motion for Summary Judgment, ECF No. 65 (the "MSJ"), until no later than February 11, 2026, with an equal extension of time for Defendant's Reply Memorandum as set forth in Local Rule 56.1(d), and for an extension of the time within which the parties must engage in good faith settlement talks until March 2, 2026. One previous extension

of the first two time periods has been requested and granted, and no previous extension of the third time period has been requested or granted.

Good cause exists for same. In the past month, and in particular the past week, Plaintiff's counsel has experienced multiple scheduling conflicts necessitating the diversion of his time and attention from the Response to the MSJ. And as to the good faith settlement deadline, the parties believe that March 2, 2026 is a more appropriate deadline than the current deadline of February 11, 2026, as they will be in a much better position to have good faith settlement talks once Plaintiff has filed his Response to the MSJ, and Defendants have designated their experts.

Accordingly, and in light of the foregoing, the parties respectfully move that the time period within which Plaintiff must file his Response to the MSJ be extended until no later than February 11, 2026, the time period for Defendant's Reply thereto be extended until no later than March 19, 2026, and the time period within which the parties must engage in good faith settlement talks be extended until no later than March 2, 2026, all in accordance with the [Proposed] Order attached hereto.

**RESPECTFULLY SUBMITTED** this 4th day of February 2026.

**MILLS + WOODS LAW, PLLC**

By   /s/ Sean A. Woods
   Robert T. Mills
   Sean A. Woods
   5055 N 12th Street, Suite 101
   Phoenix, AZ 85014
   *Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By   /s/ Sarena Kustic (w/ permission)
   Patrick J. Kearns, Esq.
   Taylor Allin, Esq.
   Sarena Kustic, Esq.
   2231 E Camelback Rd., Ste. 200

2

Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
emilee.staley@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

　　　　*/s/ Ben Dangerfield*

4