Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT AND TO ENGAGE IN SETTLEMENT TALKS**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

THE COURT, having reviewed the "Stipulated Motion for Extension of Time to File Response and Reply to Motion for Summary Judgment and to Engage in Settlement Talks" (the "Stipulation"), and good cause appearing therefore, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

(1) Plaintiff shall file his Response to Defendant American Airlines' Motion for Summary Judgment, Or, Alternatively, Summary Adjudication, ECF No. 65, no later than February 11, 2026;

(2) Defendant shall file its Reply Memorandum no later than March 19, 2026, and;

(3) The parties shall meet and engage in good faith settlement talks no later than March 2, 2026.

**IT IS SO ORDERED**.