IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-23-02425-PHX-ROS (DMF)<br><br>**ORDER** |

      This matter is before the Court on the parties' Stipulated Motion for Extension of Time to File Response and Reply to Motion for Summary Judgment and to Engage in Settlement Talks (Doc. 70). The parties jointly "move for a one week extension of the time within which Plaintiff Sean Bennett ("Plaintiff") must file his Response to Defendant American Airlines, Inc.'s ("Defendant's") Motion for Summary Judgment, ECF No. 65 (the "MSJ"), until no later than February 11, 2026, with an equal extension of time for Defendant's Reply Memorandum as set forth in Local Rule 56.1(d), and for an extension of the time within which the parties must engage in good faith settlement talks until March 2, 2026" (*Id*. at 1).

      This is the parties' second request to extend the deadline for Plaintiff to file his Response to Defendant American Airlines' Motion for Summary Judgment and for Defendant to file its Reply. On October 6, 2025, the Court extended certain deadlines, including the deadline for the parties to engage in good faith settlement talks to February 11, 2026 (Doc. 61 at 2).

Upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion for Extension of Time to File Response and Reply to Motion for Summary Judgment and to Engage in Settlement Talks (Doc. 70).

**IT IS FURTHER ORDERED** that Plaintiff shall file his Response to Defendant American Airlines' Motion for Summary Judgment, Or, Alternatively, Summary Adjudication no later than **February 11, 2026**.

**IT IS FURTHER ORDERED** that Defendant shall file its Reply no later than **March 19, 2026**.

**IT IS FURTHER ORDERED** that the parties shall meet and engage in good faith settlement talks no later than **March 2, 2026**.

Dated this 4th day of February, 2026.

_____
Honorable Deborah M. Fine
United States Magistrate Judge