Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
        Taylor.Allin@wilsonelser.com
        Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No.  2:23-cv-02425-ROS--DMF |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

/ / /

/ / /

/ / /

/ / /

NOTICE OF SERVICE OF DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES
Case No.  2:23-cv-02425-ROS--DMF

330785142v.1

1      Pursuant to LRCiv 5.2, Defendant American Airlines, Inc., ("Defendant")

2  through its counsel of record herein, hereby notifies the Court that Defendant served

3  its Disclosure of Expert Witnesses on counsel of record for Plaintiff, Sean Bennett

4  via email on February 24, 2026.

5                           Respectfully submitted,

6

   Dated: February 25, 2025

7                    By:   */s/ Patrick Kearns*

8                          Patrick J. Kearns, Esq.

                               Taylor Allin, Esq.

9                          Sarena L. Kustic, Esq.

10                      *Attorneys for Defendant, American*

                               *Airlines, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SERVICE OF DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES**
Case No.  2:23-cv-02425-ROS--DMF

330785142v.1

1

## CERTIFICATE OF SERVICE

2       I hereby certify that this document was filed and served this 25th day of

3 February 2026, using this Court's CM/ECF filing system which will electronically

4 transmit a copy to all counsel of record.

5 Dated: February 25, 2026

By:    */s/ Patrick Kearns*
6               Sarena L. Kustic, Esq.
7               Attorneys for Defendant, *American*
                       *Airlines, Inc.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SERVICE OF DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES**
Case No. 2:23-cv-02425-ROS--DMF

330785142v.1