Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

Through counsel undersigned and pursuant to the operative Case Management Order in this action, the parties hereby jointly submit a report to the Court regarding their recent settlement discussions. The parties held good faith settlement talks on Monday, March 2, 2026, virtually via Zoom. A settlement of this matter was not reached. At this time, the parties do not seek referral of this matter to a United States Magistrate Judge to conduct a settlement conference.

**RESPECTFULLY SUBMITTED** this 9th day of March 2026.

**MILLS + WOODS LAW, PLLC**

By ___/s/ Sean A. Woods___
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By ___/s/ Patrick J. Kearns (w/ permission)___
    Patrick J. Kearns, Esq.
    Taylor Allin, Esq.
    Sarena Kustic, Esq.
    2231 E Camelback Rd., Ste. 200
    Phoenix, Arizona 85016
    *Attorneys for Defendant American Airlines Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
emilee.staley@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*

___/s/ Ben Dangerfield___

2