Patrick J. Kearns (*Admitted Pro Hac Vice*)
Taylor Allin (AZ Bar No. 031834)
Sarena L. Kustic (*Admitted Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Email: Patrick.Kearns@wilsonelser.com
        Taylor.Allin@wilsonelser.com
        Sarena.Kustic@wilsonelser.com

*Attorneys for Defendant, American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual, | Case No.  2:23-cv-02425-ROS--DMF |
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** |
| vs. | |
| City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple; | (First Request)  Honorable Judge: Roslyn O. Silver Magistrate Judge: Deborah M. Fine |
| Defendant(s). | |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby jointly and respectfully move for a one-week extension of the time within which Defendant American Airlines, Inc. ("Defendant") must file its Reply to Plaintiff's opposition to Defendant's Motion for Summary

1

Judgment or in the Alternative Summary Adjudication ("MSJ") until no later than March 26, 2026.

Defendant filed its MSJ on December 22, 2025. (Dkt. No. 65.) The parties stipulated to extend the MSJ briefing schedule to permit Plaintiff additional time to file his opposition, which made Plaintiff's opposition due February 11 and Defendant's reply due March 19, 2026. (Dkt. Nos. 69 and 71.) Plaintiff filed his opposition to Defendant's MSJ on February 11, 2026. (Dkt. No. 72.) Defendant is in need of extending the date for its reply by one week, making it due on or before March 26, 2026.

Good cause exists to extend Defendant's reply brief deadline by one-week. This is Defendant's first request; a hearing date has not been set yet, Defendant needs additional time due to scheduling conflicts, and the parties have stipulated to this request. Accordingly, and in light of the foregoing, the parties respectfully move to extend the deadline for Defendant's Reply to no later than March 26, 2026.

Respectfully submitted,

MILLS + WOODS LAW, PLLC

Dated: March 19, 2026

By:    /s/ Sean Woods (w/ permission)
       Robert T. Mills, Esq.
       Sean A. Woods, Esq.
       *Attorneys for Plaintiff, Sean Bennett*

WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP

Dated: March 19, 2026

By:    /s/ Sarena Kustic
       Patrick J. Kearns, Esq.
       Taylor Allin, Esq.
       Sarena L. Kustic, Esq.
       *Attorneys for Defendant, American Airlines, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served this 19th day of March 2026, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: March 19, 2026

By:     /s/ Sarena Kustic
        Sarena L. Kustic, Esq.
        Attorneys for Defendant, *American Airlines, Inc.*

**STIPULATED MOTION TO EXTEND DEFENDANT'S MSJ REPLY BRIEF DEADLINE**
Case No.  2:23-cv-02425-ROS--DMF

332034063v.1