# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>     Plaintiff,<br><br> vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Denham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple;<br><br>     Defendant(s). | Case No.  2:23-cv-02425-ROS--DMF<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Judge: Roslyn O. Silver<br>Magistrate Judge: Deborah M. Fine |

THE COURT, having reviewed the "Stipulated Motion for Extension of Time to File Defendant's Reply in Support of Motion for Summary Judgment or in the Alternative Summary Adjudication" (the "Stipulation"), and good cause appearing therefore, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

/ / /

1

332059816v.1

(1)    Defendant, American Airlines shall file its Reply Memorandum no later than March 26, 2026

IT IS SO ORDERED.

_____

Honorable Deborah M. Fine
United States Magistrate Judge

**[PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MSJ**

Case No.  2:23-cv-02425-ROS--DMF

332059816v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed and served this 19th day of March 2026, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: March 19, 2026

By:  */s/ Sarena Kustic*
Sarena L. Kustic, Esq.
Attorneys for Defendant, *American Airlines, Inc.*

3

332059816v.1