# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, | No. CV-23-02425-PHX-ROS (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

This matter is before the Court on the parties' joint Stipulated Motion for Extension of Time to File Defendant's Reply (Doc. 76). This is the parties' third request for an extension of time (*see* Docs. 68, 69, 70, 71). The parties' jointly request that the deadline for Defendant American Airlines, Inc. to file a reply be extended by one week (Doc. 76 at 2). Upon good cause shown,

**IT IS ORDERED** granting the parties' joint Stipulated Motion for Extension of Time to File Defendant's Reply (Doc. 76).

**IT IS FURTHER ORDERED** that Defendant American Airlines, Inc. shall file its Reply Memorandum no later than **March 26, 2026**.

Dated this 19th day of March, 2026.

_____
Honorable Deborah M. Fine
United States Magistrate Judge