# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, | **NO. CV-23-02425-PHX-ROS (DMF)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| City of Phoenix, et al., | |
| Defendants. | |

**Decision by Court.**   This action came for consideration before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed June 17, 2026, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the action is terminated with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

June 17, 2026

s/ A. Roybal
By   Deputy Clerk