Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR RULE 59 RELIEF**<br><br>(First Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby jointly and respectfully stipulate for a one-week extension of the time within which Plaintiff Sean Bennett ("Plaintiff") may file a Reply in support of "Plaintiff's Motion for Reconsideration and to Alter or Amend the Judgment Under Fed. R. Civ. P. 59(e) and LRCiv 7.2(g)," ECF No. 81 ("Plaintiff's Reply"), until no later than August 12, 2026.  No previous extension of this time period has been requested or granted.

Good cause exists for same. Plaintiff's counsel has been out of the office all this week and much of the last, for depositions and to attend to and care for his wife, who was recently diagnosed with Stage 4 breast cancer.

In light of the foregoing, the parties respectfully stipulate that the time period within which Plaintiff's Reply may be filed be extended until no later than August 12, 2026, in accordance with the [Proposed] Order attached hereto. In so stipulating, Defendant agrees only to the timeliness of any such reply filed within the extended period, and specifically reserves and retains all objections other than timeliness to the propriety thereof.

**RESPECTFULLY SUBMITTED** this 5th day of August 2026.

MILLS + WOODS LAW, PLLC

By   /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By   /s/ Patrick J. Kearns (w/ permission)
    Patrick J. Kearns, Esq.
    Taylor Allin, Esq.
    Sarena Kustic, Esq.
    2231 E Camelback Rd., Ste. 200
    Phoenix, Arizona 85016
    *Attorneys for Defendant American Airlines Group, Inc.*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
Taylor Allin, Esq.
Taylor.Allin@wilsonelser.com
Sarena Kustic, Esq.
Sarena.Kustic@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
katelyn.kingsley@wilsonelser.com
ashlynn.robbins@wilsonelser.com
emilee.staley@wilsonelser.com
2231 E Camelback Rd., Ste. 200
Phoenix, Arizona 85016
*Attorneys for Defendant American Airlines Group, Inc.*


        */s/ Ben Dangerfield*