MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Bennett, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; American Airlines, Inc., a foreign corporation; Officer Joel Cottrell and Jane Doe Cottrell, a married couple; Officer Benjamin Denham and Jane Doe Benham, a married couple; Officer Todd Blanc and Jane Doe Blanc, a married couple; Officer Peru and Jane Doe Peru, a married couple; Sergeant Hogan and Jane Doe Hogan, a married couple,<br><br>Defendants. | No.: CV-23-02425-PHX-ROS (DMF)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION FOR RULE 59 RELIEF**<br><br>(First Request)<br><br>(Assigned to the Honorable Roslyn O. Silver and referred to the Honorable Deborah M. Fine for all pretrial proceedings) |

THE COURT, having reviewed the parties' "Stipulation for Extension of Time to File Reply in Support of Motion for Rule 59 Relief" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that any Reply in support of "Plaintiff's Motion for Reconsideration and to Alter or Amend the Judgment Under Fed. R. Civ. P. 59(e) and LRCiv 7.2(g)," ECF No. 81, filed no later than August 12, 2026, is

timely.  Nevertheless, the Court reserves its right to rule any such Reply improper for reasons other than timeliness.