# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Bennett,<br><br>          Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>          Defendants. | No. CV-23-02425-PHX-ROS (DMF)<br><br>**ORDER** |

The Parties have filed a Stipulation for Extension of Time to File Reply in Support of Motion for Rule 59 Relief (Doc. 84). Good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 84) is **GRANTED**. The Plaintiff shall have until **August 19, 2026,** to submit their reply.

Dated this 12th day of August, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge